# EXHIBIT A

Timothy J. Abeel, Jr., Esquire                    **ATTORNEY FOR PLAINTIFF**
Attorney ID #000292008
TIMOTHY J. ABEEL & ASSOCIATES, P.C.
309 Fellowship Road
East Gate Center, Suite 200
Mt. Laurel, NJ 08054
(888)830-1474

---

SUZANNE DRAKE
1100 RAHWAY RD,
SCOTCH PLAINS, NJ 07076-0000                      **SUPERIOR COURT OF NEW JERSEY**
                                                  **UNION COUNTY**

v.                                                **CIVIL ACTION**

COLONIAL RV,
1121 ROUTE 88,
LAKEWOOD, NJ 08701
AND
THOR INDUSTRIES, INC.
P.O. BOX 1486
ELKHART, IN 46515
AND
MERCEDES-BENZ USA, LLC.,
1 MERCEDES DRIVE,
P.O. BOX 350
MONTVALE NJ 07645-0350.

### COMPLAINT

### CODE: 1900

1. Plaintiff, Suzanne Drake, is an adult individual citizen and legal

resident of the State of New Jersey, 1100 Rahway Rd, Scotch Plains, NJ 07076-0000

2. Defendant, Colonial RV, is a corporation qualified to do an

regularly conduct business in the State of New Jersey, with its address and

principal place of business located at 1121 Route 88, Lakewood, NJ 08701.

3. Defendant, Thor Industries, Inc is a corporation qualified to do and regulary conduct business in the State of New Jersey, with its address and principal place of business located at P.O. Box 1486, Elkhart, IN 46515.

4. Defendant, Mercedes-Benz USA, LLC, is a corporation qualified to do and regulary conduct business in the state of New Jersey, with its address and principal place of business located at P.O. Box 350, Montvale, NJ 07645-0350.

**BACKGROUND**

5.   On or about July 8th, 2015 Plaintiff leased a new 2915 Airstream Interstate Ext, manufactured and warranted by Defendant, bearing the Vehicle Identification Number WD3OF4CD9FP116844.

6.   The vehicle was leased in the State of New Jersey and is registered in the State of New Jersey.

7.   The contract price of the vehicle, including registration charges, document fees, sales tax, finance and bank charges, but excluding other collateral charges not specified, yet defined by the Lemon Law, totaled more than $129,929.00.  A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "A".

8.   In consideration for the purchase of said vehicle, Defendant issued to Plaintiff several warranties, guarantees, affirmations or undertakings with respect to the material or workmanship of the vehicle and/or remedial action in the event the vehicle fails to meet the promised specifications.

9.   The above-referenced warranties, guarantees, affirmations or undertakings are/were part of the basis of the bargain between Defendant and Plaintiff.

10. The parties' bargain includes an express 3-year/36,000-mile warranty, as well as other guarantees, affirmations and undertakings as stated in Defendant's warranty materials and owner's manual.

11. However, as a result of the ineffective repair attempts made by Defendant through its authorized dealer(s), the vehicle is rendered substantially impaired, unable to be utilized for its intended purposes and is worthless to Plaintiff.

12. The first documented warranty repair attempt is believed to have occurred on or before August 5th, 2015 when the subject vehicle had 1,579 miles on it. During the couse of the next two (2) year the subject vehicle has been subjected to thirteen (13) separate visits and 118 days out of service for a litany of issues. The subject vehicle has suffered from both issues regarding the interior of the unit, to the automotive components of the unit. A true and correct copy of a list prepared by the Plaintiff detailing the thirteen repair visits attempted on this vehicle, as well as all the repair orders which detail the work done on those visits are attached hereto and marked as Exhibit "B" and Exhibit "C" respectively.

13. The vehicle continues to exhibit defects and nonconformities which substantially impair its use, value and/or safety as provided in 73 P.S. §1951 et seq.

## COUNT I

## NEW JERSEY MOTOR VEHICLE WARRANTY ACT

14. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein:

15. Plaintiff is a "Consumer" as defined by N.J.S.A. 56:12-30.

16. Defendant Thor Industries, Inc and Mercedes-Benz USA, LLC are a "Manufacturer" as defined by N.J.S.A. 56:12-30.

17.   Colonial RV is and/or was at the time of sale a

"Dealer or Motor Vehicle Dealer" in the business of buying, selling, and/or exchanging vehicles
as defined by N.J.S.A. 56:12-30.

18.   On or about July 8th, 2015, Plaintiff took possession of the above mentioned

Vehicle and experienced nonconformities as defined by N.J.S.A. 56:12-29 et seq., which

substantially impair the use, value and/or safety of the vehicle.

19.   Defendants through their authorized dealer failed to provide written notification that

the vehicle was covered by the New Jersey Motor Vehicle Warranty Act as provided in N.J.S.A.

56:12-34(c). Plaintiff believes and therefore avers said failure is a per se violation of the New

Jersey Consumer Fraud Act, N.J.S.A. 56:8-1 et seq., as well as a violation of the New Jersey Motor

Vehicle Warranty Act.

20.   The nonconformities described violate the express written warranties issued to

Plaintiff by Defendant.

21.   Section 56:12-32 of the New Jersey Motor Vehicle Warranty Act provides:

a. If during the period specified in section 3 of this act, the manufacturer or its dealer
is unable to repair or correct a nonconformity within a reasonable time, the manufacturer shall
accept return of the motor vehicle from the consumer. The manufacturer shall provide the
consumer with a full refund of the purchase price of the original motor vehicle including any stated
credit or allowance for the consumer's used motor vehicle, the cost of any options or other
modification arranged, installed, or made by the manufacturer or its dealer within 30 days after the
date or original delivery, and any other charges or fees including, but not limited to, sales tax,
license and registration fees, finance charges, reimbursement for towing and reimbursement for
actual expenses incurred by the consumer for the rental of a motor vehicle equivalent to the
consumer's motor vehicle and limited to the period during which the consumer's motor vehicle
was out of service due to a nonconformity, less a reasonable allowance for vehicle use.

22.   Section 56:12-33 of the New Jersey Motor Vehicle Warranty Act provides a

presumption of a reasonable number of repair attempts:

a. It is presumed that a manufacturer or dealer is unable to repair or correct a
nonconformity within a reasonable time if, within the first 24,000 miles of operation or

during the period of two years following the date of original delivery of the motor vehicle to a consumer, whichever is the earlier date:

(1) Substantially the same nonconformity has been subject to repair three or more times by the manufacturer or its dealer and the nonconformity continues to exist; or

(2) The motor vehicle is out of service by reason of repair for one or more nonconformities for a cumulative total of 20 or more calendar days since the original delivery of the motor vehicle and a nonconformity continues to exist.

b. The presumption contained in sub-section a. of this section shall apply against a manufacturer only if the manufacturer has received written notification, by or on behalf of the consumer, by certified mail return receipt requested, of a potential claim pursuant to the provisions of this act and has had one opportunity to repair or correct the defect or condition within 10 calendar days following receipt of the notification. Notification by the consumer shall take any time after the motor vehicle has had substantially the same nonconformity subject to repair two or more times or has been out of service by reason of repair for a cumulative total of 20 or more calendar days.

23. Plaintiff has satisfied the above definition as the vehicle has been subject to repair

more than three (3) times for the same nonconformity, and the nonconformity remained

uncorrected.

24. In addition, the above vehicle has or will be out of service by reason of the

nonconformities complained of for a cumulative total of twenty (20) or more calendar days.

25. Plaintiff has delivered the nonconforming vehicle to an authorized service and repair

facility of the Defendant on numerous occasions as outlined below.

26. After a reasonable number of attempts, Defendants was unable to repair the nonconformities.

27. Plaintiff has been and will continue to be financially damaged due to Defendant's

intentional, reckless, wanton, and negligent failure to comply with the provisions of N.J.S.A.

56:12-29 et seq.

28. Plaintiff has provided Defendants with a final repair opportunity prior to filing the written Complaint.

29. Pursuant to N.J.S.A. 56:12-29 et seq, Plaintiff seeks relief for losses due to the nonconformities and defects in the above-mentioned vehicle in addition to reasonable attorney fees and all court costs.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant in an amount equal to the price of the subject vehicle, plus all collateral charges, attorney's fees, and all court costs.

## COUNT II

## MAGNUSON-MOSS (FTC) WARRANTY IMPROVEMENT ACT

30. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

31. Plaintiff has or may have resorted to Defendants informal dispute settlement Procedure, to the extent said procedure complies with 16 CFR 703.

32. Plaintiff avers that the Federal Trade Commission (FTC) has determined that no automobile manufacturer complies with 16 CFR 703, See, Fed. Reg. 15636, Vol. 62, No. 63 (Apr. 2, 1997).

33. Plaintiff is a "Consumer" as defined by 15 U.S.C. §2301(3).

34. Defendants, Thor Industries, Inc. and Mercedes-Benz, are a "supplier", "warrantor", and a "service contractor" as defined by 15 U.S.C. §2301 (4),(5) and (8).

35. The subject vehicle is a "consumer product" as defined by 15 U.S.C. §2301(1).

36. By the terms of its written warranties, affirmations, promises, or service contracts, Defendant agreed to perform effective repairs at no charge for parts and/or labor.

37. The Magnuson-Moss Warranty Improvement Act requires Defendant to be bound by all warranties implied by state law. Said warranties are imposed on all transactions in the state

in which the vehicle was delivered.

38.  Defendants have made attempts on several occasions to comply with the terms of its

Express warranties, however, such repair attempts have been ineffective.

39.  The Magnuson-Moss Warranty Improvement Act, 15 U.S.C. §2310(d)(2) provides:

If a consumer finally prevails on an action brought under paragraph (1) of this
subsection, he may be allowed by the court to recover as part of the judgment a sum equal
to the amount of aggregate amount of costs and expenses (including attorney fees based
upon actual time expended), determined by the court to have been reasonably incurred by
the Plaintiff for, or in connection with the commencement and prosecution of such action,
unless the court, in its discretion shall determine that such an award of attorney's fees
would be inappropriate.

40.  Plaintiff has afforded Defendants a reasonable number of opportunities to conform

the vehicle to the aforementioned express warranties, implied warranties and contracts.

41.  As a direct and proximate result of Defendant's failure to comply with the express

written warranties, Plaintiff has suffered damages and, in accordance with 15 U.S.C. §2310(d)(1),

Plaintiff is entitled to bring suite for such damages and other legal and equitable relief.

42.  Defendant's failure is a breach of Defendant's contractual and statutory obligations

constituting a violation of the Magnuson-Moss Warranty Improvement Act, including but not

limited to: breach of express warranties; breach of implied warranty of merchantability; breach

of implied warranty of fitness for a particular purpose; breach of contract; and constitutes an

Unfair Trade Practice.

43.  Plaintiff avers that Defendant's warranty was not provided to Plaintiff until after the

vehicle was delivered, making any and all limitations, disclaimers, and/or alternative dispute

provisions ineffective for a failure of consideration.

44.  Plaintiff avers that upon successfully prevailing upon the Magnuson-Moss claim

herein, all attorney fees are recoverable and are demanded against Defendant.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant in an amount equal to the price of the subject vehicle, plus all collateral charges, incidental and consequential damages, reasonable attorneys' fees, and all court costs.

## COUNT III

## UNIFORM COMMERCIAL CODE

45. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth as length herein.

46. The defects and nonconformities existing within the vehicle constitute a breach of contractual and statutory obligations of Defendants, including but not limited to the following:

   a. Express Warranty;

   b. Implied Warranty of Merchantability; and

   c. Implied Warranty Of Fitness For A Particular Purpose.

47. At the time of obtaining possession of the vehicle and at all times subsequent thereto, Plaintiff has justifiably relied upon Defendant's express warranties and implied warranties of Fitness for a particular purpose and implied warranties of merchantability.

48. At the time of obtaining possession of the vehicle and at all times subsequent thereto, Defendant was aware Plaintiff was relying upon Defendant's express and implied warranties, obligations, and representations with regard to the subject vehicle.

49. Plaintiff has incurred damages as a direct and proximate result of the breach and failure of Defendant to honor its express and implied warranties.

50. Such damages include, but are not limited to, the contract price of the vehicle plus all collateral charges, including attorney fees and costs, as well as other expenses, the full extent of which are not yet known.

WHEREFORE, Plaintiff respectfully demands judgment against Defendants in an amount equal to the contract price of the vehicle, plus all collateral charges and attorneys' fees.

**TIMOTHY J. ABEEL & ASSOCIATES, P.C.**

By: *Timothy J. Abeel, Jr.*

**TIMOTHY J. ABEEL, JR., ESQUIRE**

Attorney for Plaintiff

# CERTIFICATION PURSUANT TO R.4:15-1

Upon knowledge and belief I hereby certify that there are no other actions or arbitrations related to this suite pending or presently contemplated.

**TIMOTHY J. ABEEL & ASSOCIATES, P.C.**

By: *Timothy J. Abeel, Jr.*

**TIMOTHY J. ABEEL, JR., ESQUIRE**

Attorney for Plaintiff

# CERTIFICATION OF NOTICE

Pursuant to N.J.S.A. 56:8-20 Plaintiff is mailing a copy of this Complaint to the Office of

The Attorney General, Richard J. Hughes Justice Complex, 25 West Market Street in the City of

Trenton, County of Mercer, in the state of New Jersey on

**TIMOTHY J. ABEEL & ASSOCIATES, P.C.**

By: *Timothy J. Abeel, Jr.*

**TIMOTHY J. ABEEL, JR., ESQUIRE**

Attorney for Plaintiff

# DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that pursuant to Rule 4:25-4, Timothy J. Abeel, Jr., Esq. is

designated as trial counsel for plaintiff, Suzanne Drake, in this case.

### TIMOTHY J. ABEEL & ASSOCIATES, P.C.

By: *Timothy J. Abeel, Jr.*

### TIMOTHY J. ABEEL, JR., ESQUIRE

Attorney for Plaintiff

EXHIBIT A.

Retail Order
☑ New
☐ Demo
☐ Used
☐ _____

# COLONIAL RV

### DBA: Colonial Airstream, Colonial Itasca & Colonial Roadtrek
### 1121 ROUTE 88  LAKEWOOD, NJ 08701  (732) 367-4499  Fax (732) 367-5777

CUSTOMER SUZANNE M DRAKE-TIEDEMANN RICHARD N TIEDEMANN   DATE 07/08/15   STOCK NO. 10491

ADDRESS 1100 RAHWAY RD SCOTCH PLAINS, NJ 07076-0000

HOME PHONE (908) 625-2128   WORK PHONE   Cty N/A   State   EMAIL dochele@gmail.com   Zip

PLEASE ENTER MY ORDER FOR ONE 2016 AIRSTREAM   MODEL INTERSTATE EXT
(YEAR AND MAKE)

BODY TYPE MH   COLOR BLACK/LT CAMEL   Miles 74   SERIAL NO. W D 3 P F 4 C D 9 F P 1 1 6 8 4 4

SALESPERSON PAT

Even though my telephone number may appear on the National Do Not Call Registry, I give Colonial express permission to call me at the telephone numbers set forth on this Buyer's Order.

Customer Signature X _____ Date 07/08/15

Prior to Delivery of the vehicle listed above, customer shall elect one of the following and so advise dealership:
• Cash Purchase   } Finance Purchase

IF A CREDIT SALE, REQUIRED INFORMATION CONTAINED ON A SEPARATE DISCLOSURE STATEMENT IS MADE A PART OF THIS ORDER.

TO BE DELIVERED ON OR ABOUT

| | |
|---|---|
| Price of Unit | 129,929.00 |
| Additional Equipment (options) | |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |

NO VERBAL COMMITMENTS HAVE BEEN MADE TO ME OTHER THAN WHAT HAS BEEN WRITTEN ON THIS ORDER.
X _____

### IF A NEW VEHICLE SALE OR LEASE ...
The only warranties applying to this vehicle are those offered by the manufacturer. Dealer sells/leases this vehicle "as is" and hereby disclaims all warranties, either express or implied, including any implied warranties of merchantability and fitness for a particular purpose. Any liability of dealer with respect to defects or malfunctions of this vehicle including, without limitation, those which pertain to performance or safety, (whether by way of "strict liability," based upon dealer's negligence, or otherwise), is expressly excluded and customer hereby assumes any such risks. The manufacturer's warranty is not affected by this disclaimer of warranties by dealer.

### IF USED VEHICLE SALE OR LEASE-CHECK APPROPRIATE BOX
☐ This vehicle is sold/leased "as is" and dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability and fitness for a particular purpose. Any liability of dealer with respect to defects or malfunctions of this vehicle including, without limitation, those which pertain to performance or safety, (whether by way of "strict liability," based upon dealer's negligence, or otherwise), is expressly excluded and customer hereby assumes any such risks.
### OR
☐ The only dealer warranty on this vehicle is the limited warranty which is issued with and made a part of this order form.

### ALL USED VEHICLE SALES-DEALER'S OBLIGATION
The laws of New Jersey require Motor Vehicle Dealers to make all necessary repairs, without charge, or return the full purchase price (if a sale) to the customer in the event a used vehicle sold and intended to be registered in this State fails to meet State Inspection Standards for the issuance of a certificate of approval due to a defect that is not the result of the customer's own act. The undersigned, before entering into this contract, has been informed of dealer's obligation above and agrees to have the used vehicle inspected within 14 days from the issuance of the permanent registration for such vehicle.

7 / 8 / 15   X _____
Date   Customer's Signature

WAIVER OF DEALER'S OBLIGATION (USED VEHICLE SALE)

| IF A PURCHASE, THE FOLLOWING APPLY: | |
|---|---|
| **TOTAL PRICE OF VEHICLE** | 129,929.00 |
| Less Trade-in | N/A |
| | N/A |
| | N/A |
| **TOTAL TAXABLE AMOUNT** | 129,929.00 |
| State Sales Tax | 9,095.03 |
| NJ Tire Fee - $1.50 per New Tire | 10.50 |
| | N/A |
| Registration/Title Fee (Estimated) | N/A |
| Documentary Fee: Clerical Expense $196.00 Document Delivery Service $103.00 | $299.00 |
| **NET PAY-OFF ON TRADE-IN** | N/A N/A |
| **TOTAL** | 139,333.53 |
| Deposit | 139,333.53 |
| **BALANCE IN CASH, CERTIFIED CHECK OR OTHER ACCEPTABLE FORM OF PAYMENT TO BE PAID TO DEALER ON DELIVERY** | |
| **BALANCE DUE ON DELIVERY** ➤ | N/A N/A |

The undersigned, has read and understood the above Dealer's Obligation, and does hereby WAIVE AND RELEASE the DEALER'S OBLIGATION to make repairs without charge or return the full purchase price (if a sale) if the vehicle fails to meet State Inspection Standards for the issuance of a certificate of approval, unless the cause for the vehicle's rejection is an item which is "covered" by New Jersey's Used Car Lemon/Warranty Law (P.L. 1995, Chpt. 373).

7 / 8 / 15   X

Date                      Customer's Signature

### TRADE-IN DESCRIPTION AND ALLOWANCE

Year __N/A__  Make __N/A__  Model __N/A__ N/A

Serial No. __N/A__  Mileage __

Trade-in Value _____ N/A _____ Date of __07/08/15__

Less Balance Owed _____ N/A

Net Trade-in Allowance _____ N/A

Balance Owed to: _____

Address: __N/A__

Account No.: _____

Info. From _____ Good Thru _____

Customer certifies that the frame on the trade-in vehicle has never sustained any damage or been repaired. All airbags are of original equipment and have never been deployed. Also, that the vehicle has never been in a flood or had the emission control system tampered with or altered. Customer certifies the above mileage of trade-in vehicle is accurate.

X _____   7 / 8 / 15

Customer's Signature              Date

**AGREEMENT TO ARBITRATE ANY CLAIMS. READ THE FOLLOWING ARBITRATION PROVISION CAREFULLY, IT LIMITS YOUR RIGHTS, INCLUDING THE RIGHT TO MAINTAIN A COURT ACTION.**
The parties to this agreement agree to arbitrate any claim, dispute, or controversy, including all statutory claims and any state or federal claims ("claims"), that may arise out of or relating to the sale or lease identified in this agreement. By agreeing to arbitrate the parties understand and agree that they are giving up their rights to maintain other available resolution processes, such as a court action or administrative proceeding, to resolve their disputes. Consumer Fraud, Used Car Lemon Law, and Truth-in-Lending claims are just three examples of the various types of claims subject to arbitration under this agreement. The parties also agree not (i) to bring any claim as a class action or (ii) seek to have any claims consolidated with the claims of any other person. The arbitration shall be administered by the American Arbitration Association under its Commercial Arbitration Rules, and the Consumer Related Disputes Supplementary Procedures to the extent applicable, before a single arbitrator who shall be a retired judge or an attorney. Dealership shall advance both party's filing, service, administration, arbitrator, hearing, or other fees, subject to reimbursement by decision of the arbitrator. Each party shall bear his or her own attorney, expert, and other fees and costs, except when awarded by the arbitrator under applicable law. The arbitration shall take place in New Jersey at a mutually convenient place agreed upon by the parties or selected by the arbitrator. The decision of the arbitrator shall be binding upon the parties. Any further relief sought by either party will be subject to the decision of the arbitrator. If any part of this agreement to arbitrate, other than the waivers of class actions and consolidation, is found to be unenforceable for any reason, the remaining provisions shall remain enforceable. If the waiver of class actions or consolidation is found unenforceable, this entire agreement to arbitration shall be unenforceable. In the event that any subsequent lease, finance, or other agreement between the parties contains a provision for arbitration of claims which conflicts with or is inconsistent with this arbitration provision, the terms of such subsequent arbitration provision shall govern d control to the extent of such conflict or inconsistency. **THIS ARBITRATION PROVISION IS GOVERNED BY THE _____ DERAL ARBITRATION ACT. THIS ARBITRATION PROVISION LIMITS YOUR RIGHTS, INCLUDING YOUR RIGHT TO MAINTAIN A COURT ACTION. PLEASE READ IT CAREFULLY PRIOR TO SIGNING.**

Accepted By:  X _____
Date      Dealer or His Authorized Representative

X _____   Date
Customer's Signature

X _____   Date
Customer's Signature

Customer agrees that this Order on the face and on the reverse side and any attachments to it includes all the terms and conditions, if a sale. Customer further agrees this Order cancels and supersedes any prior agreements and as of the date signed by Dealer or authorized agent, comprises the complete and exclusive statement of the terms of the agreement between Customer and Dealer. If Customer, prior to delivery, elects to lease the vehicle described above, Customer and Dealer agree to execute a lease contract which shall contain full disclosure of all lease information. THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE. Customer by execution of this Order acknowledges that they have read the terms and conditions and have received a true copy of the order. I am 18 years of age or older and of full legal capacity to enter into this contract.

Accepted By: 07/08/15  X _____  X _____
Date    Dealer or His Authorized Representative    Date    07/08/15    X _____    Customer's Signature

Date                      Customer's Signature

aj car Services, Inc. 57037 (10/14)  **THIS ORDER NOT SUBJECT TO CANCELLATION — DEPOSIT NON-REFUNDABLE**
**IMPORTANT: READ THE TERMS AND CONDITIONS ON THE BACK OF THIS ORDER BEFORE SIGNING.**

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, _____ COLONIAL AUTO MALL, INC _____ state that the odometer now
(TRANSFEROR'S NAME - PRINT)

reads _____ 74 _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is **NOT** the actual mileage. WARNING — ODOMETER DISCREPANCY.

MAKE ___ AIRSTREAM _____

MODEL ___ INTERSTATE EXT ___ BODY TYPE ___ MH _____

VEHICLE
IDENTIFICATION NUMBER ___ WD3PF4CD9FP116844 _____

YEAR ___ 2016 _____

TRANSFEROR'S NAME ___ COLONIAL AUTO MALL, INC _____
(PRINTED NAME)

TRANSFEROR'S ADDRESS ___ 1121 Route 88 _____
(STREET)

Lakewood, N.J. 08701
(CITY)                    (STATE)              (ZIP CODE)

TRANSFEROR'S NAME **X** _____
(SIGNATURE)

DATE OF STATEMENT ___ 07/08/2018 _____

TRANSFEREE'S NAME ___ SUZANNE M BRAKE-TIEDEMANN _____

TRANSFEREE'S ADDRESS ___ 1100 RAHWAY RD _____
(STREET)

SCOTCH PLAINS, NJ 07076-0000
(CITY)                    (STATE)              (ZIP CODE)

TRANSFEREE'S NAME **X** _____
(SIGNATURE)

_____
(PRINTED NAME)

FORM #  NAF-65-2 2 PART
         NAF-65-3 3 PART

EXHIBIT B.

Airstream Interstate-3500 Grand Tour Ext 2016                  1of2

VIN: WD3PF 4CD9F P1168 44                    Purchase date: July 8, 2015
Dealer: Colonial Auto Mall, Inc. dba: Colonial Airstream 1121 Rt 88 Lakewood, NJ 08701
Purchase price: 139,333.53 tax incl. Starting mileage: 74 miles.
Owners: Suzanne M Drake-Tiedemann; Richard N Tiedemann
August 3, 2017 mileage: 8792 miles


**History of Problems** causing Thirteen visits for RV repair. Jackson Center will be fourteen:
1. **8/5/15 to 8/11 (6 days)** mileage 1579
    A.) PS shade inop. — adjusted and lubed
    B.) side screen leading edge out of rim — adjusted
    C.) Leak at roof fan
    D.) Awning not closing front end —adjusted microswitch
2. **9/17/15 (1 day)** mileage 1700
    A) PS shade inop. New motor installed
    B). Adjusted awning second attempt
3. **6/14/16 (1 day)** mileage 2371
    A.) Latch holder for under sofa doors never installed at factory
    B.) Faulty HDMI switch rear TV
    C.) Galley faucet missing handle piece
    D.) Night shades malfunction
4. **7/8/16 to 7/9 (2 days)**
    Air conditioner does not function with house current. Did not cool sufficiently with gen-
    erator when in full sun at Long Beach Island, NJ. Checked function stated it is working
    properly.
5. **8/23/16 (1 day)**
    A.) Ceiling fan leak
    B.) Front awning came loose while driving causing alarm. Adjusted
    C.) Doors under rear sofa adjusted and missing strap installed.
6. **11/14/16 to 11/30 (16 days)** mileage 5160
    A.) Batteries not charging or holding charge
    B.) Leak in roof, solar area
    C.) Awning gap persists, third attempt
    D.) Rear camera malfunction
    E.) Wire hanging below automatic step
    F.) Rear locker light malfunction
7. **12/1/16 to 12/14 (13 days)**
    Installed new AGM batteries due to malfunction
8. **12/22/16 to 12/28 (6 days)**
    A.) Rear Overhead locker switch replaced
    B.) Blown fuse caused bath light to malfunction
    C.) Mid PS night and sun shades replaced
9. **1/31/17 (1 day)** Shade PS malfunction. Motor defective; replaced
10. **2/7/17 (1 day)** Clean inside. (small oil stain on PS front seat from previous repair)
11. **4/12/17 (1 day)** mileage 5827  DS rear shade inoperative

12. **4/26/17 At North Trail RV Ft. Myers, Florida.** Mileage 7123. **There until 7/3/2017 (68
days)**
    A.) Propane leak outside unit; new unit placed
    B.) PS Electric step inoperative. Replaced
    C.) Inverter Malfunction — Solenoid bad — replaced
    D.) PS mid shade and back door DS inoperative. replaced motors
    E.) PS sliding door scratch and dent

Richard Tiedemann                                    Suzanne Drake-Tiedemann

Airstream Interstate-3500 Grand Tour Ext 2016                    2of2

F.) James Panagoulis, Service Director at North Trail RV, asked if I wanted vehicle washed. I consented. The Alcoa aluminum rims were in new condition before. Now all four wheels are etched. My automotive expert said probable cause is failure to adequately rinse wheel cleaner chemical during washing.

G.) Van left in sun without ventilation causing heat damage to refrigerator door -- severe buckling of the plastic shelves.

13. 7/25/17 back at Colonial RV (1 day)
    A.) PS Electric step malfunction -- needs new magnet
    B.) PS rear sunscreen malfunction -- needs new motor
    C.) Macerator inoperative -- replaced fuse
    D.) Rear bumper parking sensors stopped functioning after that visit. No problem prior.

## ITEMS THAT NEED ATTENTION NOW:

2016 Airstream Interstate Grand Tour, Ext.

Current Problems as of August 4, 2017:

1.    PS rear sunscreen motor needs replacement

2.    Automatic step needs repair (magnet)

3.    Refrigerator door needs replacement due to heat buckling

4.    Front end of Fiamma Power Awning latch gap needs repair. Colonial tried 3X.

5.    Rear parking sensors need replacement/rewiring since last visit #13.

6.    PS sliding door has dent and scratches; repair needed

7.    Alcoa Dura Bright Rims need refinishing and new clear coat -- damaged at NorthTrail RV through negligence.

8.    Thorough check that all systems operate as intended.

Reimbursement of Costs plus  Reasonable amount for loss of use (receipts available):

1. Twelve round trips to Colonial RV 96 miles X 12 = 1,152 at $0.52 is $576.00;

2. Enterprise Rental car Florida from 4/26 until 4/30 (van out of commission), $478.70;

3. Enterprise Rental car from Ft. Myers to Scotch Plains (van not ready by 5/8), $106.54;

4. Hotel bills from Savannah to Florida (lack of privacy in van), $674.53;

5. Hotel bills from Ft. Myers to Scotch Plains (no van to sleep), two nights $226.51;

6. Return trip to Ft. Myers to p/u van, $222.42;

                  Subtotal: $2,284.70, plus ...

7. Loss of use of van for the 118 days in service for warranty repairs plus time waiting for an appointment of at least 110 days plus expected time at Jackson Center, OH -- Two Hundred Twenty-eight days lost for repairs! "Reasonable amount" = $???.??

8. After Airstream expert repairs we need 2 more years of warranty added to make us comfortable trusting the Airstream Interstate Grand Tour, Ext.

P.S.: When purchased, we were assured that this vehicle had LATCH safety seating for infants as stated on 8-4 of the Airstream manual. It does not. LATCH could not be retrofitted. We lost valuable time traveling with our 3 year-old grandson over the past two years. We raised him from five months to five years. Those two years, from 3 to 5, are now gone forever.

Richard Tiedemann                    Suzanne Drake-Tiedemann

EXHIBIT C.

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

**SERVICE DEPARTMENT HOURS**
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| | R/O Number |
| 8/05/15 | 6026636/1 |
| R/O Close Date | Status |
| 8/11/15 | Reprint |
| Mileage In | Mileage Out |
| 1579 | 1579 |
| Service Advisor / Tag # | |
| Jake Skidmore/WAIT | |
| Vehicle Identification Number | |
| WD3PF4CD9FP116844 | |
| Delivery Date | In-Service Date |
| 7/08/15 | |
| Color | License Number |
| BLACK/LT C | 304352 |

DRAKE-TIEDEMANN, SUZANNE M
1100 RAHWAY RD
SCOTCH PLAINS, NJ 07076

**Work Phone**

**Home Phone**
908-625-2128

| Year | Make | Model | Body |
|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH |

## DESCRIPTION OF SERVICE AND PARTS

Cell: 908-625-8036  Email: dochele@gmail.com

**AMOUNT**

#1 -     MR Customer Reports:  P/S SIDE SHADE INOP
Tech: Joe Giaccio(JG)
NEW SHADE ASSEMBLY NEEDS TO BE ORDERED. WIRES PULL
ED OUT OF SHADE ASSEMBLY                                0.00hrs    Warranty

#2 -     MR Customer Reports:  LARGE SIDE SCREEN POPS OPEN
Tech: Joe Giaccio(JG)
ADJ ENTRY SCREEN DOOR                                   0.50hrs    Warranty

#3 -     MR Customer Reports:  CK LEAK AT ROOF FAN AND PASS SEAT
BELT AREA NOTE VENT WAS OPEN SHORTLY BEFROE
CLOSING IN RAIN
Tech: Joe Giaccio(JG)
NO PROBLEM OR LEAKS FOUND                               0.00hrs    Warranty

#4 -     MR STORAGE: ANY RV LEFT FOR MORE THAN 10 DAYS AFTER WORK
IS
Sub Total:  Labor: .00   Parts: .00   Total: .00

#5 *     MR Customer Reports:  AWNING NOT CLOSING ALL THE WAY.
ADDED OPERATION
Tech: Joe Giaccio(JG)
ADJUSTED MICROSWITCH AS MUCH AS POSSIBLE TO PULL I      0.30hrs    Warranty
N CLOSER, NO OTHER ADJUSTMENTS CAN BE DONE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY       *
* BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON            *

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you, or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES: Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL WHORSE & ISUZU PARTS
20% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIAL IST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

Lakewood, NJ 08701

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

(732) 367-4499
Fax: (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | Number |
|---|---|
| | 6026636/2 |
| R/O Close Date | Status |
| 8/05/15 | Reprint |
| 8/11/15 | |
| Mileage In | Mileage Out |
| 1579 | 1579 |
| Service Advisor / Tag # | |
| Jake Skidmore/WAIT | |

DRAKE-TIEDEMANN, SUZANNE M
1100 RAHWAY RD
SCOTCH PLAINS, NJ   07076

| Work Phone | Vehicle Identification Number |
|---|---|
| | WD3PF4CD9FP116844 |
| Home Phone | Delivery Date | In-Service Date |
| 908-625-2128 | 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

**DESCRIPTION OF SERVICE AND PARTS**

* SPECIAL-ORDER OR ELECTRICAL PARTS.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *      *      **AMOUNT**

ERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair
on hereinafter to be done along with the necessary material and agree that you are not responsi-
le for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other
use beyond your control or for any delays caused by unavailability of parts or delays in parts
arments by the supplier or transporter. I hereby grant you or your employees permission to
strate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing
and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure
e amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by
e manufacturer. The seller hereby expressly disclaims all warranties either express or implied, includ-
g any implied warranty of merchantability or fitness for a particular purpose, and the seller neither
ssumes nor authorizes any other person to assume for it any liability in connection with the sale of
id products. Any limitation contained herein does not apply where prohibited by law.

I. WHORSE & ISUZU PARTS
% RETURN FEE
%. RETURN FEE ON GM ONLY
ECIALIST IN COMMERCIAL GMC TRUCKS
      THANK YOU

| | AMOUNT |
|---|---|
| LABOR | |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |
| | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**



AIRSTREAM – ITASCA – ROADTREK
800.265.9019 · www.colonialrv.com

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| 9/17/15 | 6027200/1 |
| R/O Close Date | Status |
| 9/18/15 | Reprint |
| Mileage In | Mileage Out |
| 1700 | 1700 |

Service Advisor / Tag #
Brian Hawtin

DRAKE-TIEDEMANN, SUZANNE M
1100 RAHWAY RD
SCOTCH PLAINS, NJ  07076

Work Phone

Home Phone
908-625-2128

Vehicle Identification Number
WD3PF4CD9FP116844

| Delivery Date | In-Service Date |
|---|---|
| 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

## DESCRIPTION OF SERVICE AND PARTS

Cell: 908-625-8036   Email: dochele@gmail.com

AMOUNT

#1 -    MR Customer Reports:  INSTALL SOP SHADE, SHADE INOP
        CUSTOMER NEEDS TO LEAVE HERE NO LATER THAN 12 TO G
        O TO THE AIRPORT
    Caused by
        LOOSEN REAR VALANCE AND MID VALANCE, UNDO SCREWS O
        N MOTOR, RELEASE CLIPS FROM SHADE AND REMOVE TRACK
        S, AND LOOSEN AND PULL OUT VALANCE TO SLIDE SHADE
        ASSMBLY THROUGH, REMOVE MOTOR AND INSTALL NEW MOTO
    Tech: Brian C Baylis(BCB)
        Installed: MOTOR POWER SHADE                       2.00hrs    Warranty
        Freight: UPS                                       Qty: 1     Warranty
        R, WIRE IN MOTOR, CALIBRATE STOP POINTS AND THEN I            Warranty
        NSTALL, PROGRAM THE REST OF THE FUNCTIONS AND TEST
        SYSTEM, REASSEMBEL VALANCE,

#3 -    MR Customer Reports:  ADJUST AWNING TO PULL IT IN
        TIGHTER. MICROSWITCH-SEE JAKE
    Tech: Brian C Baylis(BCB)
        ADJUSTED MICRO SWITCH TO PULL IN AWNING TIGHTER    0.00hrs    Warranty

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY    *
* BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON         *
* SPECIAL-ORDER OR ELECTRICAL PARTS.                        *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE  "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
20% RETURN FEE
15% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | AMOUNT |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

## NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

**COLONIAL**

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 389-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

| | |
|---|---|
| SERVICE DEPARTMENT HOURS | |
| 8:30 a.m. to 5:00 p.m. | |
| Monday - Saturday | |
| Closed Sunday | |

| | | |
|---|---|---|
| R/O Close Date | 6/14/16 | 6030820/1 |
| Status | | |
| R/O Close Date | 6/15/16 | Reprint |
| Mileage In | | Mileage Out |
| | 2371 | 2371 |
| Service Advisor / Tag # | | |
| Jake Skidmore/WAIT | | |

DRAKE-TIEDEMANN, SUZANNE M
1100 RAHWAY RD
SCOTCH PLAINS, NJ  07076

| Work Phone | |
|---|---|
| | |

| Home Phone | |
|---|---|
| 908-625-2128 | |

| Vehicle Identification Number | |
|---|---|
| WD3PF4CD9FP116844 | |
| Delivery Date | In-Service Date |
| 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

---

**DESCRIPTION OF SERVICE AND PARTS**      **AMOUNT**

Cell: 908-625-8036  Email: dochele@gmail.com

#1 -          MR Customer Reports:  UNDER REAR SOFA THE LATCH HOLDER
              IS MISSING METAL STRAP
      Caused by
      CABINET LATCH UNDER REAR SOFA CAME LOOSE
      Tech: Joe Giaccio(JG)                                  0.30hrs    Warranty
      RE-ATTACH CABINET LATCH WITH SCREWS AND ADJUST
      SO CLOSES PROPERLY

#2 -          MR Customer Reports:  QUESTIONS ON TV USAGE AND INTERNET
              DVD NOT WORKING ON TV IN REAR
      Caused by
      DVD NOT WORKING IN REAR
      Tech: Joe Giaccio(JG)                                  1.00hrs    Warranty
      Installed: SWITCH HDMI 4X2                             Qty: 1     Warranty
      Airstream # 512714
      REPLACE HDMI SWITCH BOX AND TEST OPERATION

#3 -          MR Customer Reports:  CHECK AIR IN TIRES
      Caused by
      CUSTOMER REQUEST
      Tech: Joe Giaccio(JG)                                  0.00hrs    Warranty
      SET AIR IN ALL TIRES TO PROPER SPEC

#4 -          MR Customer Reports:  CHECK IF CAN REPLACE PIECE MISSING
              FROM GALLEY SINK HANDLE
      Caused by
      GALLEY FAUCET MISSING HANDLE

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W-HORSE & ISUZU PARTS
10% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | R/O Number |
|---|---|
| 6/14/16 | 6030820/2 |
| R/O Close Date | Status |
| 6/15/16 | Reprint |
| Mileage In | Mileage Out |
| 2371 | 2371 |

Service Advisor / Tag #
Jake Skidmore/WAIT

Vehicle Identification Number
WD3PF4CD9FP116844

DRAKE-TIEDEMANN, SUZANNE M
1100 RAHWAY RD
SCOTCH PLAINS, NJ  07076

Work Phone

Home Phone
908-625-2128

| Delivery Date | In-Service Date |
|---|---|
| 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

---

**DESCRIPTION OF SERVICE AND PARTS**

Tech: Joe Giaccio(JG)
PARTS UNAVAILABLE, RECOMMEND REPLACE GALLEY
FAUCET

| AMOUNT | |
|---|---|
| 0.00hrs | Warranty |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#5 -          MR Customer Reports: CHECK DAY/NIGHT SHADES FOR PROPER
OPERATION SOME COME DOWN TO FAR
Caused by
SHADES COMING DOWN TOO FAR
Tech: Joe Giaccio(JG)
REMOVED TO VALANCES TO ACCESS SHADE MECHANISMS
POSITION ADJUSTERS PROPERLY AND ADJUST SHADES
RE-INSTALL VALANCES

0.50hrs          Warranty

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#6 -          MR STORAGE: ANY RV LEFT FOR MORE THAN 10 DAYS AFTER WORK
IS
*****************************************************************
* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY       *
* BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON            *
* SPECIAL-ORDER OR ELECTRICAL PARTS.                           *
*****************************************************************

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinbefore to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL WARRANTIES & ISUZU PARTS
2% RETURN FEE
5% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| LABOR | .00 |
|---|---|
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

**COLONIAL**

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

AIRSTREAM – ITASCA – ROADTREK
800.265.9019 · www.colonialrv.com

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m
Monday - Saturday
Closed Sunday

| | |
|---|---|
| | 7/15/16 | 6031238/1 |
| R/O Close Date | Status |
| 7/20/16 | Reprint |
| Mileage In | Mileage Out |
| 2373 | 2373 |
| Service Advisor / Tag # | |
| Jake Skidmore/575 | |

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ   07076-3412

| Work Phone | Vehicle Identification Number |
|---|---|
| 908-625-2128 | WD3PF4CD9FP116844 |
| Home Phone | Delivery Date | In-Service Date |
| 908-625-2128 | 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

---

**DESCRIPTION OF SERVICE AND PARTS**

Email: rtmd1314@gmail

**AMOUNT**

#2 -          MR Customer Reports:  CHECK SLIDE UNDER BED FOR PROPER
             OPERATION
       Tech: Joe Giaccio(JG)
       NPF WORKING CORRECTLY                              0.00hrs    Warranty

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#3 -          MR Customer Reports:  AWNING CAME LOOSE WHILE DRIVING
             AND IS BEEPING

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#4 -          MR Customer Reports:  SLIDING SCREEN DOOR CAME OFF TRACK
             AND CAME APART ON LEADING EDGE, DOES NOT SLIDE OR
             LATCH EASILY
       Caused by
       REINSTALLED WHEEL ON TRACK, HAD TO FILE DOWN BOLT
       ON TOP OF TRACK BECAUSE IT WAS HITTING WHEEL, LUBE
       D AND REINSTALLED SCREEN AND TESTED
       Tech: Joe Giaccio(JG)
                                                          0.30hrs    Warranty

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#5 -          MR Customer Reports:  BACK OVERHEAD CABINET LIGHT SOME
             TIMES DOES NOT LIGHT WHEN OPENED
       Tech: Joe Giaccio(JG)
       COULD NOT DUPLICATE                                0.00hrs    Warranty

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#6 -          MR Customer Reports:  LATCH ON PANTRY/WARDROBE CLOSET
             AND LATCH ON CURBSIDE UNDER SEAT CABINET ARE TIGHT
             AND HARD TO OPEN
       Tech: Joe Giaccio(JG)
       NORMAL, THESE ARE TO KEEP THE DRAWERS FROM OPENING   0.00hrs   Warranty

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work necessary to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W HORSE & ISUZU PARTS
10% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIAL IST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

AIRSTREAM ~ ITASCA ~ ROADTREK
800 265.9019 · www.colonialrv.com

Lakewood, NJ 08701
(732) 367-4499
Fax (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m
Monday · Saturday
Closed Sunday

| | |
|---|---|
| R/O Number | 6031238/2 |
| R/O Close Date | 7/15/16 |
| Status | Reprint |
| Mileage In | 2373 |
| Mileage Out | 2373 |

R/O Close Date  7/20/16

Service Advisor / Tag #  Jake Skidmore/575

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ    07076-3412

Work Phone  908-625-2128
Home Phone  908-625-2128

Vehicle Identification Number  WD3PF4CD9FP116844
Delivery Date  7/08/15
In-Service Date

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

## DESCRIPTION OF SERVICE AND PARTS

WHILE DRIVING                                                                AMOUNT

#7 -        MR Customer Reports:  INSULATION ON BOTTOM OF CURBSIDE
            TANK IS HANGING DOWN
       Tech: Joe Giaccio(JG)                                    0.20hrs    Warranty
       REATTACHED INSULATION AND ADDED ALUM TAPE TO SECUR
       E

#8 -        MR Customer Reports:  STAINLESS STEEL RING ON BATHROOM
            FLOOR IS LOOSE
       Tech: Joe Giaccio(JG)                                    0.00hrs    Warranty
       TRIM TRIM FOR OVER HEADLIGHT NOT DRAIN

#9 -        MR Customer Reports:  ELECTRICAL WIRE UNDER FRONT
            CURBSIDE STEP IS HANGING DOWN
       Tech: Joe Giaccio(JG)                                    0.20hrs    Warranty
       RESECURED WIRE OUT OF THE WAY

#10 -       MR Customer Reports:  REAR TOW HITCH COVER IS LOOSE
       Tech: Joe Giaccio(JG)                                    0.20hrs    Warranty
       REATTACHED CLIP AND STRAIGHTEN BEND

#11 -       MR Customer Reports:  WHEN TABLE IS UP IN FRONT OF VAN
            CANNOT USE SLIDE OUT DRAWERS IN PANTRY

#12 -       MR Customer Reports:  REMOTE FOR SCREENS IS LOOSE, COVER
            IS COMING LOOSE
       Tech: Joe Giaccio(JG)                                    0.20hrs    Warranty
       REMOTE SCREWS WERE LOOSE CAUSING THE BUTTONS TO SL

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE  "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter  I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
33% RETURN FEE
15% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| R/O Date | 6031238/3 |
| 7/15/16 | |
| R/O Close Date | Status |
| 7/20/16 | Reprint |
| Mileage In | Mileage Out |
| 2373 | 2373 |
| Service Advisor / Tag # | |
| Jake Skidmore/575 | |

TIEDEMANN, RICHARD N
1100 RAHWAY RD,
SCOTCH PLAINS, NJ    07076-3412

| | |
|---|---|
| **Work Phone** | |
| 908-625-2128 | |
| **Home Phone** | |
| 908-625-2128 | |

| | | |
|---|---|---|
| Vehicle Identification Number | | |
| WD3PF4CD9FP116844 | | |
| Delivery Date | In-Service Date | |
| 7/08/15 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| IDE OFF CONTACTS. RESET THE BUTTONS AND TIGHTEN TH<br>E SCREWS ON REMOTE<br><br>#13 -         MR Customer Reports:  CHECK TIRE PRESSURES, VAN PULLS<br>          SLIGHTLY TO THE LEFT<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *<br>* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY      *<br>* BE SUBJECT TO A 20% RESTOCKING FEE.  NO RETURNS ON         *<br>* SPECIAL-ORDER OR ELECTRICAL PARTS.                         *<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsi- ble for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
20% RETURN FEE
NO RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

**SERVICE DEPARTMENT HOURS**
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| 8/23/16 | 6031757/1 |
| R/O Close Date | Status |
| 8/25/16 | Reprint |
| Mileage In | Mileage Out |
| 2374 | 2374 |
| Service Advisor / Tag # | |
| Jake Skidmore/WAIT | |

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ  07076-3412

**Work Phone**
908-625-2128
**Home Phone**
908-625-2128
**Body**
MH

Vehicle Identification Number
WD3PF4CD9FP116844
**Delivery Date**     In-Service Date
7/08/15
**Color**            License Number
BLACK/LT C           304352

| Year | Make | Model |
|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX |

**DESCRIPTION OF SERVICE AND PARTS**

Email: rtmd1314@gmail

**AMOUNT**

#1 -     MR Customer Reports:  REAR SCREEN CAME OUT OF TRACK
Tech: Joe Giaccio(JG)
WORKING CORRECTLY                                    0.00hrs      Warranty

#2 -     MR Customer Reports:  2 DOORS UNDER BENCHES NOT WORKING
Tech: Joe Giaccio(JG)
REINSTALLED HINGES ON BRACKETS                       0.20hrs      Warranty

#3 -     MR Customer Reports:  CEILING FAN LEAKED WHEN IT WAS
         RAINING
Tech: Joe Giaccio(JG)
Installed: SEALANT ADSEAL BLK                         0.50hrs      Warranty
SEALANT SEPERATED FROM FRAME, REMOVED SEALANT AND     Qty: 1       Warranty
RESEALED

#4 -     MR Customer Reports:  FRONT AWNING LATCH NEEDS
         ADJUSTMENT, CAME LOOSE WHILE DRIVING
Tech: Joe Giaccio(JG)
Tech: Joe Giaccio(JG)                                 0.00hrs      Warranty
ADJUSTED AWNING AS MUCH AS POSSIBLE. THE ONLY ADJU    0.50hrs      Warranty
STMENT TO BRING THE AWNING IN TIGHTER IS THE MICRO
SWITCH POSITION, ADJUSTED SWITCH AND TESTED. THE
BACK WILL ALWAYS CLOSE TIGHTER BECAUSE OF MOTOR

#5 -     MR STORAGE: ANY RV LEFT FOR MORE THAN 10 DAYS AFTER WORK
         IS
Sub Total:  Labor: .00   Parts: .00   Total: .00

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair
work hereinafter to be done along with the necessary material and agree that you are not respons-
ible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other
cause beyond your control or for any delays caused by unavailability of parts or delays in parts
shipments by the supplier or transporter. I hereby grant you or your employees permission to
operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing
and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure
the amount of repairs thereto."

DISCLAIMER OF WARRANTIES: Any warranties on the products sold hereby are those made by
the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, includ-
ing any implied warranty of merchantability or fitness for a particular purpose, and the seller neither
assumes nor authorizes any other person to assume for it any liability in connection with the sale of
said products. Any omission contained herein does not apply where prohibited by law

ALL W/HORSE & ISUZU PARTS
15% RETURN FEE
15% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X



| | |
|---|---|
| AIRSTREAM ~ ITASCA ~ ROADTREK | Lakewood, NJ 08701 |
| 800.265.9019 · www.colonialrv.com | (732) 367-4499 |
| | Fax: (732) 389-5777 |

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m
Monday - Saturday
Closed Sunday

| | | R/O Number |
|---|---|---|
| 8/23/16 | | 6031757/2 |
| R/O Close Date | | Status |
| 8/25/16 | | Reprint |
| Mileage In | | Mileage Out |
| 2374 | | 2374 |
| | Service Advisor / Tag # | |
| Jake Skidmore/WAIT | | |
| | Vehicle Identification Number | |
| WD3PF4CD9FP116844 | | |
| Delivery Date | | In-Service Date |
| 7/08/15 | | |
| Color | | License Number |
| BLACK/LT C | | 304352 |

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ 07076-3412

Work Phone
908-625-2128
Home Phone
908-625-2128

| Year | Make | Model | Body |
|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH |

## DESCRIPTION OF SERVICE AND PARTS

AMOUNT

#6 *        MR Customer Reports:  SOLAR ESTIMATE
ADDED OPERATION
Tech: Joe Giaccio(JG)
100W PANEL CAN BE INSTALLED, $1,320.00 PLUS TAX          0.00hrs @ .00
WE CURRENTLY DO NOT INSTALL LITHIUM-ION BATTERIES
AFTERMARKET AT THIS TIME.
*****************************************************
* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY    *
* BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON         *
* SPECIAL-ORDER OR ELECTRICAL PARTS.                        *
*****************************************************

RMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair
hereinafter to be done along with the necessary material and agree that you are not responsi-
ble for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other
cause beyond your control or for any delays caused by unavailability of parts or delays in parts
shipments by the supplier or transporter. I hereby grant you or your employees permission to
operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing
and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure
amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by
manufacturer. The seller hereby expressly disclaims all warranties either express or implied, includ-
ing implied warranty of merchantability or fitness for a particular purpose, and the seller neither
assumes nor authorizes any other person to assume for it any liability in connection with the sale of
products. Any limitation contained herein does not apply where prohibited by law.

WHORSE & ISUZU PARTS
RETURN FEE
RETURN FEE ON GM ONLY
PECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

**COLONIAL RV**

1121 Route 88
Lakewood, NJ 08701
(732) 367-4499
Fax (732) 369-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

**SERVICE DEPARTMENT HOURS**
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| R/O Open Date | R/O Number |
|---|---|
| 11/14/16 | 6033127/1 |
| R/O Close Date | Status |
| 11/30/16 | Reprint |
| Mileage In | Mileage Out |
| 5160 | 5160 |

Service Advisor / Tag #
Jake Skidmore/1146

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ   07076-3412

| Work Phone |
|---|
| 908-625-2128 |
| Home Phone |
| 908-625-2128 |

Vehicle Identification Number
WD3PF4CD9FP116844

| Delivery Date | In-Service Date |
|---|---|
| 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

---

**DESCRIPTION OF SERVICE AND PARTS**

Email: rtmd1314@gmail

**AMOUNT**

#1 -  MR Customer Reports:  BATTERIES ARE NOT CHARGING AND NOT
      HOLDING A CHARG E, EVEN WHEN PLUGGED INTO SHORE
      POWER IT DOES NOT CHARGE BUT IT CHARGES OFF OF
      ENGINE
   Tech: William Hofer(WAH)
   FOUND BUZZING NOISE FROM MAGNUM, CONTACTED JIM AT                    2.50hrs      Warranty
   AIRSTREAM AND DETERMINED THE MAGNUM NEEDS TO BE RE
   PLACED, REMOVED AND REPLACED MAGNUM AND TESTED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#2 -  MR Customer Reports:  THE ROOF LEAKED LAST TIME WE TOOK
      A TRIP SEEMED TO COME FROM FANTASTIC VENT
   Tech: William Hofer(WAH)
   Installed: SEALANT ADSEAL BLK                                       1.00hrs      Warranty
   FOUND LEAK FROM SEALANT AROUND VENT, REMOVED SEALA                  Qty: 1       Warranty
   NT AND RESEALED AREA AND TESTED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#3 -  MR Customer Reports:  THERE IS A POSSIBLE LEAK IN THE
      BATHROOM IN THE BATHROOM THE FLOOR WAS WET AND HAD
      ABOUT A 1/2 INCH OF WATER.
   Tech: William Hofer(WAH)
   Installed: SEALANT ADSEAL BLK                                       1.00hrs      Warranty
   LOCATED LEAKS FROM WHERE SOLAR IS MOUNTED AND THE                   Qty: 1       Warranty
   VENTS ON THE ROOF, REMOVED SEALANT AND RESEALED AR
   EA AND TESTED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#4 -  MR Customer Reports:  THE SINK NEEDS REPLACEMENT FOR THE
      MISSING PART ON THE HANDLE, THE HOT/COLD BUTTON

ERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE  "I hereby authorize the repair
work hereinafter to be done along with the necessary material and agree that you are not respons-
ible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other
cause beyond your control or for any delays caused by unavailability of parts or delays in parts
shipments by the supplier or transporter. I hereby grant you or your employees permission to
operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing
and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure
the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by
the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, includ-
ing any implied warranty of merchantability or fitness for a particular purpose, and the seller neither
assumes nor authorizes any other person to assume for it any liability in connection with the sale of
said products. Any limitation contained herein does not apply where prohibited by law.

I.I. W/HORSE & ISUZU PARTS
2% RETURN FEE
5% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

LABOR
PARTS
DEDUCTIBLE
SUBLET
SHOP SUPPLIES
HAZARDOUS MATERIALS
SALES TAX OR TAX I.D.
SPECIAL ORDER DEPOSIT
DISCOUNTS
TOTAL DUE

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

COLONIAL

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| R/O Close Date | Status |
| 11/30/16 | Reprint |
| Mileage In | Mileage Out |
| 5160 | 5160 |
| Service Advisor / Tag # | |
| Jake Skidmore/1146 | |

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ  07076-3412

| | |
|---|---|
| Work Phone | Vehicle Identification Number |
| 908-625-2128 | WD3PF4CD9FP116844 |
| Home Phone | Delivery Date | In-Service Date |
| 908-625-2128 | 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

---

### DESCRIPTION OF SERVICE AND PARTS

| | AMOUNT |
|---|---|
| Tech: William Hofer(WAH)<br>INSTALLED MISSING RUBBER BUTTON | 0.00hrs  Warranty |

#5 -  MR Customer Reports:  THE AWNING STILL HAS A GAP ON THE
FORWARD END AND IT CAUSED THE ALARM TO SOUND WHILE
DRIVING HOME DURING OUR LAST TRIP

Tech: William Hofer(WAH)                                          1.00hrs    Warranty
FOUND HE PITCH ON THE FRONT PART OF AWNING WAS NOT
CORRECT, LOOSENED ADJUSTMENT AND RESECURED, ADJUS
TED THE MICROSWITCH AND TESTED, AWNING CLOSES FULL
Y EVERY TIME, TESTED MULTIPLE TIMES AND NEW BEEPER

#6 -  MR Customer Reports:  THE PASSENGER SIDE REAR HAS BEEN
DAMAGED

#7 -  MR Customer Reports:  AIRSTREAM SAID IT IS EQUIPED WITH
A CHILD SEAT LAT CH SYSTEM BUT IT DOES NOT HAVE
ONE

#8 -  MR Customer Reports:  THE SMALL DOORS UNDER THE LOUNGE,
CENTER, NEED ADJ

Tech: William Hofer(WAH)                                          0.40hrs    Warranty
ADJUSTED LOWER DOORS AND TESTED

#9 -  MR Customer Reports:  DRAWERS OPEN WHILE DRIVING BOTTOM
UNDER MICROWAVE AND THE ONE NEXT TO IT

Tech: William Hofer(WAH)                                          1.00hrs    Warranty
Installed: CATCH CABINET 10# BLK                                 Qty: 5     Warranty
ADJUSTED DRAAWERS , INSTALLED 10LB LATCHES BECAUSE

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W-HORSE & ISUZU PARTS
10% RETURN FEE
15% RETURN FEE ON CAT ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

**COLONI**

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| | 11/14/16 | R.O Number 6033127/3 |
| R/O Close Date | 11/30/16 | Status Reprint |
| Mileage In 5160 | Mileage Out 5160 |

Service Advisor / Tag #
Jake Skidmore/1146

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ   07076-3412

| Work Phone | 908-625-2128 |
| Home Phone | 908-625-2128 |

Vehicle Identification Number
WD3PF4CD9FP116844

| Delivery Date 7/08/15 | In-Service Date |

| Year | Make | Model | Body |
|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH |

| Color | License Number |
| BLACK/LT C | 304352 |

## DESCRIPTION OF SERVICE AND PARTS

| | AMOUNT |
|---|---|
| THEY OPEN TOO EASY, REPLACED A TOTAL OF 5 J LATCH ES | |

#10 -        MR Customer Reports:  PANTRY IS HARD TO PULL OPEN
Tech: William Hofer(WAH)
ADJUSTED HINGES AND ADJUSTED J LATCH                              0.30hrs      Warranty

#11 -        MR Customer Reports:  SOME TIMES THE REAR CAMERA SHOWS
UP AS SIDE CAMERA
Tech: William Hofer(WAH)
FOUND ISSUE WITH CAMERA BOX, REMOVED AND REPLACED               0.50hrs      Warranty

#12 -        MR Customer Reports:  WIRE HANGING BY THE STEP, CUSTOMER
TAPED IT UP WIT H DUCT TAPE, NEEDS TO BE SECURED
CORRECTLY
Tech: William Hofer(WAH)
SECURED WIRES AND TIED UP                                        0.20hrs      Warranty

#13 -        MR Customer Reports:  OVER HEAD CABINET LIGHTS
INTERMITENTLY GO ON AND O FF
Tech: William Hofer(WAH)
COULD NOT LOCATE AN ISSUE                                        0.00hrs      Warranty

#14 -        MR AS15V-658: RELOCATE 8 GAGE GROUND WIRE
Tech: William Hofer(WAH)
PERFORMED RECALL                                                 0.50hrs      Warranty

#15 -        MR ASTSBR: TCSBR8350079 SOLENOID KIT INTERSTATE MH
Caused by

RMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE  "I hereby authorize the repair
s hereinafter to be done along with the necessary material and agree that you are not responsi-
for lots of damage to vehicle or articles left in the vehicle in case of fire, theft, or any other
se beyond your control or to any delays caused by unavailability of parts or delays in parts
iments by the supplier or transporter. I hereby grant you or your employees permission to
rake the vehicle herein described on streets, highways, or elsewhere for the purpose of testing
for inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure
amount of repairs thereto."

CLAIMER OF WARRANTIES: Any warranties on the products sold hereby are those made by
manufacturer. The seller hereby expressly disclaims all warranties either express or implied, includ-
any implied warranty of merchantability or fitness for a particular purpose, and the seller neither
umes nor authorizes any other person to assume for it any liability in connection with the sale of
e products. Any limitation contained herein does not apply where prohibited by law.

. W HORSE & ISUZU PARTS
. RETURN FEE
. RETURN FEE ON GM ONLY
ECIALIST IN COMMERCIAL GMC TRUCKS
   THANK YOU.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

COLONIAL RV

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

Lakewood, NJ 08701
(732) 367-4499
Fax (732) 389-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| R/O Number | 6033127/4 |
| R/O Close Date | 11/14/16 |
| Status | Reprint |
| R/O Close Date | 11/30/16 |
| Mileage In | 5160 |
| Mileage Out | 5160 |

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ  07076-3412

| Service Advisor / Tag # |
|---|
| Jake Skidmore/1146 |

| Work Phone |
|---|
| 908-625-2128 |

| Home Phone |
|---|
| 908-625-2128 |

| Vehicle Identification Number |
|---|
| WD3PF4CD9FP116844 |

| Year | Make | Model | Body |
|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH |

| Delivery Date | In-Service Date |
|---|---|
| 7/08/15 | |

| Color | License Number |
|---|---|
| BLACK/LT C | 304352 |

## DESCRIPTION OF SERVICE AND PARTS

Service bulletin to correct constant draw from inv
erter while coach is not in use
Tech: William Hofer(WAH)
Install solenoid kit

| | AMOUNT |
|---|---|
| 0.80hrs | Warranty |

```
**************************************************************
* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY   *
* BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON         *
* SPECIAL-ORDER OR ELECTRICAL PARTS.                        *
**************************************************************
```

MS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE  "I hereby authorize the repair hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts or shipments by the supplier or transporter  I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of products. Any limitation contained herein does not apply where prohibited by law.

W/HORSE & ISUZU PARTS:
· RETURN FEE
· RETURN FEE ON GM ONLY
·CIALIST IN COMMERCIAL GMC TRUCKS
  THANK YOU.

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

**COLONIAL**

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m
Monday - Saturday
Closed Sunday

| | | |
|---|---|---|
| | R/O Number | 6033387/1 |
| | 12/01/16 | |
| R/O Close Date | | Status |
| 12/14/16 | | Reprint |
| Mileage In | | Mileage Out |
| 5161 | | 5161 |
| | Service Advisor / Tag # | |
| | Jake Skidmore/1146 | |

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ    07076-3412

| | | |
|---|---|---|
| Work Phone | Vehicle Identification Number | |
| 908-625-2128 | WD3PF4CD9FP116844 | |
| Home Phone | Delivery Date | In-Service Date |
| 908-625-2128 | 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

---

### DESCRIPTION OF SERVICE AND PARTS

**AMOUNT**

Email: rtmd1314@gmail

#3 -       MR WINTERMH: WINTERIZE UNIT **MOTORHOME SPECIAL**
           $139.95
    Tech: William Hofer(WAH)
    Kit: WINTERMH: ANTI-FREEZE                           1.50hrs        105.00
    Installed: RV ANTI-FREEZE                                            24.60
    Hazardous Materials Charge                                        Included
    Sub Total: Labor: 105.00    Parts: 26.10    Total: 131.10             1.50
    WINTERIZED
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#4 -       MR Customer Reports:  INSTALL NEW AGM BATTERIESAS PER
           RANDY, RANDY IS SE NDING REPLACEMENT BATTERIES TO
           REPLENISH OUR STOCK  \
    Tech: William Hofer(WAH)                               1.00hrs      Warranty
    INSTALLED NEW BATTERIES AS PER RANDY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#5 *       MR Customer Reports:  POWER STEP INOP
    ADDED OPERATION
    Tech: William Hofer(WAH)                               0.30hrs      Warranty
    Installed: MAGNET SCREEN DOOR INSTALL                  Qty: 1       Warranty
    REPLACE MAGNETIC SWITCH
*******************************************************************
* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY     *
* BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON          *
* SPECIAL-ORDER OR ELECTRICAL PARTS.                         *
*******************************************************************

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W HORSE & ISUZU PARTS
30% RETURN FEE
70% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | 105.00 |
| PARTS | 24.60 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | 1.50 |
| SALES TAX OR TAX I.D. | 9.18 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 140.28 |
| ACCOUNTS RECV 220B/6033387 | 140.28 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

**COLONIAL**

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| R/O Close Date | Status |
| 12/28/16 | Reprint |
| Mileage In | Mileage Out |
| 5333 | 5333 |

Service Advisor / Tag #
Jake Skidmore

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ  07076-3412

| | |
|---|---|
| Work Phone | |
| 908-625-2128 | |
| Home Phone | |
| 908-625-2128 | |

Vehicle Identification Number
WD3PF4CD9FP116844

| Delivery Date | In-Service Date |
|---|---|
| 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

## DESCRIPTION OF SERVICE AND PARTS

AMOUNT

Email: rtmd1314@gmail

```
#3 -        MR Customer Reports:  REAR OVERHEAD LOCKED LIGHT INOP
     Tech: Christopher DeFelice(CDF)                          1.00hrs     Warranty
     LIGHT INTERMIT INOP, REMOVED AND REPLACED LIGHT AN
     D SWITCH, TESTED TO CONFIRM
     TOOK FROM STOCK 11002. LABOR FOR REMOVAL OF SWITCH
     AND LIGHT, REMOVAL OF SWITCH AND LIGHT ON STOCK,
     AND REINSTALL IN CUSTOMERS UNIT
```

```
#4 -        MR Customer Reports:  FUSE BLOWN AND BATH LIGHT INOP
     Tech: Christopher DeFelice(CDF)                          0.00hrs     Warranty
     REPLACED FUSED AND TESTED, NO SHORTS COULD HAVE BE
     EN FROM LOW BATTERY ISSUE CAUSING HIGH CURRENT
```

```
#5 -        MR Customer Reports:  MID P/S NIGHT SHADE JAMMED AND
             DAMAGED, AND DAY SH ADE JAMMED AS WELL, REPLACE
             BOTH SHADES
     Caused by
     LOCATED MID SHADES JAMMED AND OUT OF ADJUSTMENT, F
     OUND THAT THE SHADES WORK BUT WHEN THEY JAMMED THE
     Y CAUSED THE ENDS TO SNAP AND THE SHADES WERE ABLE
     TO COME LOOSE AND SPIN. UNABLE TO REPAIR- REMOVED
     Tech: Christopher DeFelice(CDF)                          3.00hrs     Warranty
     SHADES (DAY AND NIGHT) FROM STOCK 11001 AND REINS
     TALLED IN COACH, WIRED, ADJ, AND TESTED. SHADES SE
     NT BY AIRSTREAM WILL BE REINSTALLED IN STOCK UNIT
     WHEN IT ARRIVES
     3 HOURS IS FOR REMOVAL OF VALANCE, MID SHADE DOES
```

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL WINORSE & ISUZU PARTS
35% RETURN FEE
20% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

**COLONIAL**

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| | 12/22/16 | 6033626/2 |
| R/O Close Date | Status |
| 12/28/16 | Reprint |
| Mileage In | Mileage Out |
| 5333 | 5333 |
| Service Advisor / Tag # |
| Jake Skidmore |

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ   07076-3412

| | |
|---|---|
| Work Phone | Vehicle Identification Number |
| 908-625-2128 | WD3PF4CD9FP116844 |
| Home Phone | Delivery Date | In-Service Date |
| 908-625-2128 | 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

---

**DESCRIPTION OF SERVICE AND PARTS**                                      **AMOUNT**

NOT COME OUT EASY- REMOVAL OF SHADES, REMOVAL OF S
TOCK UNIT VALANCE, REMOVAL OF SHADES AND REINSTALL
SHADES ON CUSTOMERS UNIT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#6 -         MR Customer Reports:  GO THROUGH ALL LIGHTS AND
ELECTRONICS AND MAKE SURE EVERYTHING WORKS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#7 *         MR Customer Reports:  PICKUP AND DELIVER UNIT PER RANDY
AT AIRSTREAM
ADDED OPERATION
Tech: Art Unkeefer(AU)
Work performed by VISA001 : 038822 ()                    6.00hrs    Warranty
ADDITIONAL LABOR TO PULL PARTS FROM STOCK UNIT APP                   Warranty
ROVED BY RANDY. PARTS OVERNIGHTED BY AIRSTREAM AND
LOST BY CARRIER.
*********************************************************************
* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY    *
* BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON         *
* SPECIAL-ORDER OR ELECTRICAL PARTS.                        *
*********************************************************************

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of such products. Any limitation contained herein does not apply where prohibited by law.

ALL WORKHORSE & ISUZU PARTS
30% RETURN FEE
30% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

**COLONIAL RV**

1121 Route 88
Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.90I9 · www.colonialrv.com

**SERVICE DEPARTMENT HOURS**
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| R/O Close Date | Status |
|---|---|
| 1/31/17 | Reprint |
| Mileage In | Mileage Out |
| 5410 | 5410 |
| Service Advisor / Tag # | |
| Jake Skidmore/WAIT | |

| | |
|---|---|
| TIEDEMANN, RICHARD N | Work Phone |
| 1100 RAHWAY RD. | 908-625-2128 |
| SCOTCH PLAINS, NJ   07076-3412 | Home Phone |
| | 908-625-2128 |

| Vehicle Identification Number | |
|---|---|
| WD3PF4CD9FP116844 | |
| Delivery Date | In-Service Date |
| 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

---

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

Email: rtmd1314@gmail

#1 -     MR Customer Reports:  SLIDING DOOR SHADE GOES DOWN TOO
         FAR AND NOT GOING  UP ALL THE WAY, SOME OTHERS ON
         THAT SIDE ARE GOIN G DOWN TOO FAR
    Caused by
    REPAIRE REQUIRED REMOVAL OF DOOR FACE AND SCREEN R
    SCREEN DOOR ASSEMBLY AND THE REMOVAL OF THE SHADE
    FACE AND RETAINER.
    Tech: Joe Giaccio(JG)                             1.50hrs    Warranty
    Installed: SHADE 41.75 X 23.5                     Qty: 1     Warranty
    Freight:                                                     Warranty
    FOUND SHADE MOTOR FOR SUNSCREEN DEFECTIVE, REMOVED
    AND REPLACED ASSEMBLY AND READJUSTED LIMITS AND P
    PROGRAMMED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#2 -     MR Customer Reports:  FURNACE DOES NOT SEEM TO BE
         GETTING WARM ENOUGH
    Tech: Joe Giaccio(JG)                             0.00hrs    Warranty
    RAN FURNACE AND VERIFIED IT IS WORKING NORMALY, AI
    R BLOWING OUT OF VENTS IS 130 DEGREES.  IN THE COLD
    THE FURNACCE WILL NEED TO RUN FOR SOME TIME BEFOR
    E IT FEELS WARM INSIDE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#3 -     MR Customer Reports:  P/S MID SHADE GOES DOWN TOO FAR
    Tech: Joe Giaccio(JG)                             0.30hrs    Warranty
    ADJUSTED LIMITS AND TESTED SHADE. UNSCREWED VALANC
    E TO ACCESS ADJUSTERS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE  "I hereby authorize the repair work here nafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
15% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
   THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

**COLONIAL RV**

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

1121 Route 88
Lakewood, NJ 08701
(732) 367-4499
Fax (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| R/O Close Date | Status |
|---|---|
| 1/31/17 | Reprint |
| Mileage In | Mileage Out |
| 5410 | 5410 |

Service Advisor / Tag #
Jake Skidmore/WAIT

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ   07076-3412

| Work Phone | Vehicle Identification Number |
|---|---|
| 908-625-2128 | WD3PF4CD9FP116844 |
| Home Phone | Delivery Date | In-Service Date |
| 908-625-2128 | 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

#4 -     MR Customer Reports:  P/S REAR SIDE SHADE GOES DOWN TOO
           FAR
     Tech: Joe Giaccio(JG)                                    1.00hrs      Warranty
     FOUND THAT THE END OF THE SHADE MOTOR WAS CRACKED
     AND NOT SECURE IN PLACE. REMOVED VALANCE AND REMOV
     ED SHADE, REPLACED END PARTS AND REASSEMBLED AND A
     DJUSTED LIMITS
*********************************************************
* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY     *
* BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON          *
* SPECIAL-ORDER OR ELECTRICAL PARTS.                         *
*********************************************************

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE  "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
20% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
     THANK YOU

| | AMOUNT |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

COLONIAL

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| R/O Close Date | Status |
|---|---|
| 2/07/17 | Reprint |
| Mileage In | Mileage Out |
| 5411 | 5411 |

6034037/1

Service Advisor / Tag #
Jake Skidmore

| | | |
|---|---|---|
| TIEDEMANN, RICHARD N | **Work Phone** | **Vehicle Identification Number** |
| 1100 RAHWAY RD. | 908-625-2128 | WD3PF4CD9FP116844 |
| SCOTCH PLAINS, NJ   07076-3412 | **Home Phone** | **Delivery Date** \| **In-Service Date** |
| | 908-625-2128 | 7/08/15 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

| **DESCRIPTION OF SERVICE AND PARTS** | **AMOUNT** |
|---|---|

Email: rtmd1314@gmail

```
#3 -         MR Customer Reports:  CLEAN INSIDE                                    Internal
        Work performed by BEFO001 : 539298 ()
****************************************************************
*  RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY      *
*  BE SUBJECT TO A 20% RESTOCKING FEE.  NO RETURNS ON          *
*  SPECIAL-ORDER OR ELECTRICAL PARTS.                          *
****************************************************************
```

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE   "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter.  I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES.  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
20% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

**COLONIAL**

AIRSTREAM ~ ITASCA – ROADTREK
800.265.9019 · www.colonialrv.com

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| **R/O Number** | 6034868/1 |
| 4/12/17 | |
| **R/O Close Date** | **Status** |
| 4/12/17 | Reprint |
| **Mileage In** | **Mileage Out** |
| 5877 | 5877 |
| **Service Advisor / Tag #** | |
| Gary Weber/1403 | |

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ    07076-3412

| | |
|---|---|
| **Work Phone** | |
| 908-625-2128 | |
| **Home Phone** | |
| 908-625-2128 | |
| **Vehicle Identification Number** | |
| WD3PF4CD9FP116844 | |
| **Delivery Date** | **In-Service Date** |
| 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

## DESCRIPTION OF SERVICE AND PARTS

Email: rtmd1314@gmail

**AMOUNT**

#1 -         MR Customer Reports:  C/S DRIVERS SIDE REAR SHADE HAS AN
             ISSUE ROLLING UP.
     Caused by
     INSPECTED AND FOUND MOTOR SPUN
     Tech: Brian C Baylis (BCB)
     Caused by                                          0.00hrs    Warranty
     INSPECTED, FOUND MOTOR SPUN
     Tech: Brian C Baylis (BCB)
     REMOVED VALANCE, REMOVED MOTOR, REPAIRED MOUNT     1.50hrs    Warranty
     AND REPLACED WHITE RETAINER AND REPROGRAMMED

#2 -         MR Customer Reports:  PULL DOWN SECTION FOR BED IS OFF
             TRACK.
     Caused by
     OUT OF ALIGNMENT
     Tech: Brian C Baylis (BCB)
     REMOVED PULL OUT, REPOSITIONED SLIDES AND          0.50hrs    Warranty
     REASSEMBLED. TESTS OK WORKS AS DESIGNED

#3 -         MR QCSERVICE: FINAL QUALITY CHECK
     Sub Total:  Labor: .00   Parts: .00   Total: .00

#4 -         MR STORAGE: ANY RV LEFT FOR MORE THAN 10 DAYS AFTER WORK
             IS
     Sub Total:  Labor: .00   Parts: .00   Total: .00

#5 *         MR Customer Reports:  CUSTOMER STATES SLIDING DOOR IS

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE  "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

WE HORSE & ISUZU PARTS
% RETURN FEE
% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**



Lakewood, NJ 08701

(732) 367-4499

Fax: (732) 369-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | Number |
|---|---|
| 4/12/17 | 6034868/2 |
| R/O Close Date | Status |
| 4/12/17 | Reprint |
| Mileage In | Mileage Out |
| 5877 | 5877 |

Service Advisor / Tag #
Gary Weber/1403

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ    07076-3412

| Work Phone |
|---|
| 908-625-2128 |
| Home Phone |
| 908-625-2128 |
| Body |
| MH |

Vehicle Identification Number
WD3PF4CD9FP116844

| Delivery Date | In-Service Date |
|---|---|
| 7/08/15 | |
| Color | License Number |
| BLACK/LT C | 304352 |

| Year | Make | Model |
|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX |

## DESCRIPTION OF SERVICE AND PARTS

HARD TO LATCH THIS IS NORMAL DO TO THE WAY THE
ADDED OPERATION

**AMOUNT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY \*
\* BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON   \*
\* SPECIAL-ORDER OR ELECTRICAL PARTS.   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RUN STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE   I hereby authorize the repair
here in after to be done along with the necessary material and agree that you are not responsi-
ble for loss or damage to vehicle or articles left in the vehicle in case of fire, theft or any other
cause beyond your control or for any delays caused by unavailability of parts or delays in parts
shipments by the supplier or transporter   I hereby grant you or your employees permission to
operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing
and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure
amount of repairs thereto.

CLAIMER OF WARRANTIES   Any warranties on the products sold hereby are those made by
manufacturer. The seller hereby expressly disclaims all warranties either express or implied, includ-
ing implied warranty of merchantability or fitness for a particular purpose, and the seller neither
assumes nor authorizes any other person to assume for it any liability in connection with the sale of
products. Any limitation contained herein does not apply where prohibited by law.

W/HORSE & ISUZU PARTS
RETURN FEE
RETURN FEE ON GM ONLY
CIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

## NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

**COLONIAL**

AIRSTREAM – ITASCA – ROADTREK
800.265.9019 · www.colonialrv.com

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| R/O Close Date | Status |
|---|---|
| 7/27/17 | Reprint |
| Mileage In | Mileage Out |
| 8744 | 8744 |
| Service Advisor / Tag # | |
| Gary Weber/2098 | |

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ    07076-3412

| Work Phone | Vehicle Identification Number |
|---|---|
| 908-625-2128 | WD3PF4CD9FP116844 |
| Home Phone | Delivery Date | In-Service Date |
| 908-625-2128 | 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

## DESCRIPTION OF SERVICE AND PARTS | AMOUNT

Email: rtmd1314@gmail

#1 -       MR Customer Reports:  MACERATOR IS INOP
      Caused by
      FUSE WAS BLOWN
      Tech: Joe Giaccio(JG)                                0.50hrs      Warranty
      TECH REPLACED FUSE AND DUMPED THE TANKS

#2 -       MR Customer Reports:  ELECTRIC STEP IS NOT WORKING
      Caused by
      BAD MAGNET
      (PART ON ORDER )
      Tech: Joe Giaccio(JG)                                0.00hrs      Warranty
      Ordered: MAGNET SCREEN DOOR INSTALL               Qty: 1       Warranty

#3 -       MR Customer Reports:  HEAT BUCKLED THE PLASTIC IN THE
              LOWER SHELF OF THE REFRIGERATOR DOOR
      Caused by
      WARPED, DEALER WILL CONTACT NOVA COOL FOR
      REPLACEMENT DOOR
      MOD. R3102A4DC  SER# 274084  MFG 5/27/15
      Tech: Joe Giaccio(JG)                                0.00hrs      Warranty

#4 -       MR Customer Reports:  PASSENGER REAR SCREEN NOT WORKING
      Caused by
      DEFECTIVE MOTOR
      ( PART IS ON ORDER )
      Tech: Joe Giaccio(JG)                                0.00hrs      Warranty
      Ordered: MOTOR POWER SHADE                        Qty: 1       Warranty

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law

ALL WHORSE & ISUZU PARTS
30% RETURN FEE
50% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

LABOR
PARTS
DEDUCTIBLE
SUBLET
SHOP SUPPLIES
HAZARDOUS MATERIALS
SALES TAX OR TAX I.D.
SPECIAL ORDER DEPOSIT
DISCOUNTS
TOTAL DUE

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

**COLONIAL RV**

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

1121 Route 88
Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

| | |
|---|---|
| SERVICE DEPARTMENT HOURS | 8:30 a.m. to 5:00 p.m.<br>Monday - Saturday<br>Closed Sunday |

| | | |
|---|---|---|
| | 7/25/17 | 6036150/2 |
| R/O Close Date | | Status |
| 7/27/17 | | Reprint |
| Mileage In | | Mileage Out |
| 8744 | | 8744 |
| | Service Advisor / Tag # | |
| | Gary Weber/2098 | |

| | | |
|---|---|---|
| TIEDEMANN, RICHARD N | Work Phone | Vehicle Identification Number |
| 1100 RAHWAY RD. | 908-625-2128 | WD3PF4CD9FP116844 |
| SCOTCH PLAINS, NJ 07076-3412 | Home Phone | Delivery Date / In-Service Date |
| | 908-625-2128 | 7/08/15 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

---

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

```
#5 -        MR QCSERVICE: FINAL QUALITY CHECK
      Sub Total:  Labor: .00    Parts: .00    Total: .00
```

```
#6 -        MR STORAGE: ANY RV LEFT FOR MORE THAN 10 DAYS AFTER WORK
      IS
```

```
*****************************************************************
* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY    *
* BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON         *
* SPECIAL-ORDER OR ELECTRICAL PARTS.                        *
*****************************************************************
```

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL WINORSE & ISUZU PARTS
30% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

**COLONIAL**

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| R/O Close Date | 12/12/17 | 6038064/1 |
| Status | |
| 2/21/18 | Reprint |
| Mileage In | Mileage Out |
| 9169 | 9275 |

Service Advisor / Tag #
Gary Weber/1230

| TIEDEMANN, RICHARD N | Work Phone | Vehicle Identification Number |
|---|---|---|
| 1100 RAHWAY RD. | 908-625-2128 | WD3PF4CD9FP116844 |
| SCOTCH PLAINS, NJ  07076-3412 | Home Phone | Delivery Date | In-Service Date |
| | 908-625-2128 | 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

## DESCRIPTION OF SERVICE AND PARTS

**AMOUNT**

Email: rtmd1314@gmail

#1 -        MR Customer Reports:   REAR SHADE DOES NOT WORK SOP HERE
        Caused by
        DEFECTIVE MOTOR/CONTROLLER
        Tech: Christopher DeFelice(CDF)
        Tech: Thomas Cygnarowicz(TC)                              1.00hrs      Warranty
        Installed: MOTOR POWER SHADE                              0.00hrs      Warranty
        Installed: MOTOR POWER SHADE                              Qty: 1       Warranty
        Freight:                                                  Qty: 1       Warranty
        Installed: REMOTE REAR SCREEN                                          Warranty
        TECH REMOVED AND INSTALLED NEW MOTOR BUT IT WOULD         Qty: 1       Warranty
        NOT PROGRAM. TECH CALLED AIRSTREAM AND WAS TOLD BY
        JEREMY AT AIRSTREAM TO REORDER. TECH REMOVED THE
        FIRST MOTOR AND CONTROLLER AND INSTALLED THE NEW
        ONE. TECH PROGRAMED AND ADJUSTED ALONG WITH
        ADJUSTING THE START STOP POSITIONS. TECH HAD TO
        REMOVE SHADE ASSEMBLY TO DO THE ADJUSTMENTS AND
        THEN REINSTALLED SHADE ASSEMBLY

#2 *        MR Customer Reports:   CIELING LIGHT IS INOP
        ADDED OPERATION
        Caused by
        INTERNAL
        Tech: Thomas Cygnarowicz(TC)                             0.00hrs      Warranty
        Installed: LED CEILING RECESS                            Qty: 1       Warranty
        REMOVED OLD ASSEMBLY AND REPLACED WITH NEW.

#3 *        MR Customer Reports:   MOTOR HOME WAS LOW ON GAS WHEN WE

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W-HORSE & ISUZU PARTS
20% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

**COLONIAL**

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| R/O Close Date | Status |
| 2/21/18 | Reprint |
| Mileage In | Mileage Out |
| 9169 | 9275 |

Service Advisor / Tag #
Gary Weber/1230

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ    07076-3412

| | |
|---|---|
| Work Phone | Vehicle Identification Number |
| 908-625-2128 | WD3PF4CD9FP116844 |
| Home Phone | Delivery Date |  In-Service Date |
| 908-625-2128 | 7/08/15 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

---

**DESCRIPTION OF SERVICE AND PARTS**  **AMOUNT**

```
          PICKED UP FROM CUSTOMER
     ADDED OPERATION
        Work performed by VISA001 : MOBIL ()                         39.00
************************************************************
*  RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY     *
*  BE SUBJECT TO A 20% RESTOCKING FEE.  NO RETURNS ON         *
*  SPECIAL-ORDER OR ELECTRICAL PARTS.                         *
************************************************************
```

UNLESS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE "I hereby authorize the repair work heretofore to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
30% RETURN FEE
15% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | 39.00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 39.00 |
| VISA/MC 04602A | 39.00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

**COLONIAL RV**

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| | 6039945/1 |
| 5/22/18 | |
| R/O Close Date | Status |
| 5/30/18 | Final |
| Mileage In | Mileage Out |
| ~~3276~~ 14,231 | ~~9276~~ |
| Service Advisor / Tag # | |
| Anthony Santani/1579*W* | |

| | |
|---|---|
| TIEDEMANN, RICHARD N | Work Phone |
| 1100 RAHWAY RD. | 908-625-2128 |
| SCOTCH PLAINS, NJ   07076-3412 | Home Phone |
| | 908-625-2128 |

| | |
|---|---|
| Vehicle Identification Number | |
| WD3PF4CD9FP116844 | |
| Delivery Date | In-Service Date |
| 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

Email: rtmd1314@gmail

**#1 - Customer Reports:**
REMOTE FOR ALL SUNSCREENS AND NIGHT SHADES NEEDS T
O BE REPLACED AND PROGRAMED.
 Caused by
 PROGRAMMED NEW REMOTE FOR SUN AND NIGHT, FOUND REM

| | | |
|---|---|---|
| Tech: Tommy Sherwood (TS) | 0.00hrs @ .00 | Warranty |
| Freight: | | Warranty |
| Unrealized: REMOTE 16 CHANNEL | Qty: 1 | Warranty |

OTE WILL NOT GO INTO SLEEP MODE AND WILL DRAIN BAT
TERIES, ORDERED NEW BUT CUST CAN USE , JUST NEEDS
TO KEEP BATTERIES ON HAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**#2 - Customer Reports:**
THE CEILING FAN IN BATHROOM NEEDS TO BE REPLACED ,
IT SHATTERED WHEN TURNED ON.

| | | |
|---|---|---|
| Tech: Tommy Sherwood (TS) | 0.00hrs @ .00 | Warranty |
| Installed: BLADE VANAIR VENT | Qty: 1 | Warranty |

TECH REPLACED CEILING FAN BLADE THAT WAS GONE AND
TESTED, OK NOW.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**#3 - Customer Reports:**
THE AWNING DOES NOT LATCH PROPERLY ON THE FRONT EN
D AND DOES NOT WORK AL ALL
 Caused by
 TECH FOUND BRANCHES WEDGED INTO AWNING ARMATURE CA

| | | |
|---|---|---|
| Tech: Tommy Sherwood (TS) | 0.70hrs @ 145.00 | 101.50 |
| Installed: END COVER RH BLK | 1@38.00 | 38.00 |

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsive for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
10% RETURN FEE
15% RETURN FEE ON GM ONLY
9% CHARGE IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

COLONIAL

Lakewood, NJ 08701
(732) 367-4499
Fax (732) 369-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

**SERVICE DEPARTMENT HOURS**
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| R/O Close Date | Status |
|---|---|
| 5/30/18 | Final |
| Mileage In | Mileage Out |
| 9276 | 9276 |

Service Advisor / Tag #
Anthony Santani/1579*W*

| TIEDEMANN, RICHARD N | | Work Phone | Vehicle Identification Number |
|---|---|---|---|
| 1100 RAHWAY RD. | | 908-625-2128 | WD3PF4CD9FP116844 |
| SCOTCH PLAINS, NJ 07076-3412 | | Home Phone | Delivery Date / In-Service Date |
| | | 908-625-2128 | 7/08/15 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

| DESCRIPTION OF SERVICE AND PARTS | | AMOUNT |
|---|---|---|
| Freight: | | 30.00 |
| Installed: BATTERY STRAP 38IN | 2@5.79 | 11.58 |
| USING STRAIN ON POWER GEAR AND BLOWING FUSE FOR ST | | |
| EP ALSO REPLACED FUSE , STEP OK. AWNING WILL NOT R | | |
| ETRACT ALL THE WAY AND JUST GOES IN AND OUT AND NE | | |
| EDS REPLACING, GAVE CUST ESTIMATE. | | |
| Sub Total: 181.08 | | |

#4 - Customer Reports:
AUTOMATIC STEP DOES NOT WORK, CUST SAYS SEEMS STUC
K.
Tech: Tommy Sherwood(TS)          0.00hrs @ .00      Warranty
REPAIRED ON LINE 3 SEE LINE 3.

#5 - Customer Reports:
LEAK UNDER GALLEY SINK FROM THE DRAIN.
Caused by
TECH FOUND CRACKED DRAIN PIPE UNDER SINK., REPAIRE
Tech: Tommy Sherwood(TS)          0.00hrs @ .00      Warranty
Installed: ADAPTER 1-1/2 SWIVEL X FPT        Qty: 1    Warranty
Installed: WASHER RUBBER .5                  Qty: 1    Warranty
Installed: ADAPTER PVC 1-1/2 X 1-1/2 SLIP    Qty: 1    Warranty
D AND TESTED OK NOW.

#6 - Customer Reports:
HOT WATER HAS VERY LOW PRESSURE.
Tech: Tommy Sherwood(TS)          0.00hrs @ .00      Warranty
Installed: MIXING VALVE 90029                Qty: 1    Warranty
092690

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
15% RETURN FEE
15% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

**COLONIALRV**

1121 Route 88
Lakewood, NJ 08701
(732) 367-4499
Fax (732) 369-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800 265 9019 · www.colonialrv.com

**SERVICE DEPARTMENT HOURS**
8:30 a.m. to 5:00 p.m
Monday - Saturday
Closed Sunday

| R/O Close Date | Status |
|---|---|
| 5/30/18 | Final |
| Mileage In | Mileage Out |
| 9276 | 9276 |

Service Advisor / Tag #
Anthony Santani/1579*W*

| | | Vehicle Identification Number | |
|---|---|---|---|
| TIEDEMANN, RICHARD N | Work Phone | WD3PF4CD9FP116844 | |
| 1100 RAHWAY RD. | 908-625-2128 | Delivery Date | In-Service Date |
| SCOTCH PLAINS, NJ   07076-3412 | Home Phone | 7/08/15 | |
| | 908-625-2128 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

---

**DESCRIPTION OF SERVICE AND PARTS** | **AMOUNT**

TECH FOUNDCLOGGED MIXING VALVE AND REPLACED WITH N
EW TO RESTORE OPERATION, WORKING AS DESIGNED.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#7 - Customer Reports:
BATH SINK FAUCET GETS STUCK WHEN PULLING UP TO SHO
WER BRACKET, COUNTER WEIGHT GETS CAUGHT UNDER SINK

Caused by
FOUND HOSE BROKEN AND NEEDS REPLACING, HOSE ON ORD
Tech: Tommy Sherwood(TS)                    0.00hrs @ .00      Warranty
Unrealized: HOSE LAVY FAUCET                        Qty: 1      Warranty
ER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#8 - Customer Reports:
SCREEN FIR SIDE DOOR NEEDS ATTENTION.
Tech: Tommy Sherwood(TS)                    0.00hrs @ .00      Warranty
Installed: ROLLER SCREEN DOOR PR                   Qty: 1      Warranty
TECH CHECKED AND ROLLERS ON BOTTOM OF SCREEN 1NOPE
RABLE, REMOVED AND REPLACED ROLLERS AND TESTED, OK
NOW.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#9 - Customer Reports:
PLEASE MAKE SURE ALL DOORS LOCK WITH  ELECTRONIC K - *they do not operate*
EY                                                              *casisully*
Tech: Tommy Sherwood(TS)                    0.00hrs @ .00
TESTED AND LOCKS WORKING WITH ELECTRONIC KEY
Sub Total: .00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#10 -Customer Reports:

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W-HORSE & ISUZU PARTS
20% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

**COLONIAL**

Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 · www.colonialrv.com

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| R/O Close Date | 5/22/18 |
| R/G Number | 6039945/4 |
| Status | Final |
| 5/30/18 | |
| Mileage In | Mileage Out |
| 9276 | 9276 |
| Service Advisor / Tag # | |
| Anthony Santani/1579*W* | |

TIEDEMANN, RICHARD N
1100 RAHWAY RD.
SCOTCH PLAINS, NJ    07076-3412

| Work Phone | Vehicle Identification Number |
|---|---|
| 908-625-2128 | WD3PF4CD9FP116844 |
| Home Phone | Delivery Date | In-Service Date |
| 908-625-2128 | 7/08/15 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2016 | AIRSTREAM | INTERSTATE EX | MH | BLACK/LT C | 304352 |

---

**DESCRIPTION OF SERVICE AND PARTS**                                    **AMOUNT**

```
    CHECK AND MAKE SURE VALVER FOR WATER HEATER ARE PO
    SITIONED CORRECTLY , CUST STATES FLOW IS VERY SLOW
    Tech: Tommy Sherwood(TS)                    0.00hrs @ .00        Warranty
    SEE LINE 6 FOR REPAIR.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY      *
* BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON           *
* SPECIAL-ORDER OR ELECTRICAL PARTS.                          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W-HORSE & ISUZU PARTS
20% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | 101.50 |
| PARTS | 79.58 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | 10.01 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 191.09 |
| VISA/MC 04792A | 191.09 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X



**North Trail RV Center**
4601 Lexington Ave.
Fort Myers FL USA 33905
Phone #:(239) 693-8200
Fax #: (239) 693-2304

Invoice Number: 145691
Tag Number: 643
Date and Time In: 4/26/2017 - 3:41 PM
Date and Time Out: 4/26/2017 - 3:41 PM
Promised Date & Time: 5/12/2017 - 3:31 PM
Cashed Out Date:
Date Appointment Initiated: 4/26/2017
Service Advisor: (1113EE) James Panagoulis



RICHARD TIEDEMANN          2058590
1100 RAHWAY RD
SCOTCH PLAINS NJ  07076-3412

Home: (908) 625-2128  Cell: (908) 625-8036

Veh Info: 16 AIRSTREAM INTERSTATE GRAND TOU  BLACK
Serial Numbers: WD3PF4CD9FP116844          304352

In-Srv: 7/18/2015   Miles/Hrs In:  7123  Out:          Plate #:
Color ExBLACK                           Int:

| Repair | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| Description | | | | Qty  Ret. Price | Savings  Selling Price | Ext Discount | Ext Price |

**1**  FP116844  304352  1494EE  Service Warranty  INC  INC  INC

GUEST STATES THERE IS A PROPANE LEAK OUTSIDE UNIT..SEE STICKER...GUEST STATES OUTSIDE SWITCH FOR PROPANE IS PUSHED IN. POSSIBLE WHERE LEAK IS..ADVISE
CAUSE: Quick connect piece broke,,,, need autho to order and replace,,, asking .5 to replace
CORRECTION: CLAIM# 5126315 @.50 AUTHO# RM705081
REMOVED BROKE LP FITTING AND INSTALLED NEW FITTING,,, PERFORMED DROP TEST AND NO LEAKS FOUND,,,, WORKING AS DESIGNED,,,,,, .5 LABOR

| 06-1261 | 3/8 FLARE X 1/4 MIP | | | 1.00 | | | | INC |
| 945327 | 3/8 X 3/8 FLARE UNION | | | 1.00 | | | | INC |
| 69-0163 | 1/4 CLOSE NIPPLE | | | 1.00 | | | | INC |
| 224411 | PIANO HINGE 72" SILVER 1 1/2 W | | | 1.00 | | | | INC |
| | | | Parts Total: | INC | Labor Total: | INC | Job Total: | INC |

**2**  FP116844  304352  1494EE  Service Warranty  INC  INC  INC

GUEST STATES PASSENGER SIDE ELECTRONIC STEP IS INOP..GUEST PULLED FUSE AND FUSE ON PASSENGER FRONT SEAT..ADVISE
CAUSE: There was a missing fuse,,,, checked power going to motor first and saw that no voltage passing through,,,, then went and checked for power at control module and had no power,,,, after speaking to Jim parrot he said to check the magnet checked and replaced magnet,,,,,, ,,,did not have pins so was notable to put meter in that location,,,, read  removed screen door in order to see if there was relay // wire disconnected,,,,,,,, went and checked power at control board and had power,,,, checked for power going to  motor after im had power going to motor,,,, requesting 1.0 diagnosis and 1.0 to replace motor,,,, 2.0 total labor
CORRECTION: CLAIM# 5126315 @2.00 AUTHO# RM705082

PART RETURN: 5/25/2017 LW
DESCRIPTION: STEP MOTOR
PART RETURN: 5/25/2017 LW
DESCRIPTION: STEP MOTOR MAGNET

| 512849AIR | SWITCH-BAR MAGNET W/NC/NO CONT | | | 1.00 | | | | INC |
| 512450-103 | MOTOR  HORZ PROJ STEP 512450 | | | 1.00 | | | | INC |
| | | | Parts Total: | INC | Labor Total: | INC | Job Total: | INC |

**3**  FP116844  304352  1494EE  Service Warranty  INC  INC  INC

GUEST STATES INVERTER REAR OUT INSIDE VAN IS  FLASHING 4 X A SECOND..ADVISE
CAUSE: Solenoid is bad,,,, staying in locked position causing constant draw,,,, .5 diagnosis .5 to replace,,,, 1.0 total labor
CORRECTION: Replaced old solenoid with new solenoid and working as designed,,,,, staying locked with disconnect on and unlocking with disconnect off,,,, used multi meter to check and see if there was a draw when disconnect was turned off and no draw,,,,, 1.0 total labor
CLAIM# 5126315 @ .50 AUTHO# RM70583 PART RETURN: SOLENOID 5/4/17

| 19-0349 | DUAL 4-TERM BATT SWITCH P | | | 1.00 | | | | INC |
| | | | Parts Total: | INC | Labor Total: | INC | Job Total: | INC |

**4**  FP116844  304352  1494EE  Service Warranty  INC  INC  INC

GUEST STATES REAR DRIVERS SIDE SHADE IS INOP..HISTORY.,
CAUSE: Clip in shade broke causing shade to spin and wind up wires causing failure in shade,,,, need autho to order new shade a day replace,,,,,, .2 diagnosis , ,  1.0 to repair,,,  1.2 total labor
CORRECTION: CLAIM# 5126315 @1.00 AUTHO# RM70584

Printed On : 6/26/2017  3:01:11 PM          Repair added after the customer copy printed.Oil &          Page 1 of 3
Grease included in Other Charges.

| Repair Description | VIN | Second VIN | Mech # | Type Qty Ret. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|

**PART RETURN: 5/25/2017 LW**
**DESCRIPTION: AMS SHADE**

| 704191-03NC | | SHADE 49.38X25.50 POWER SAMBA | | 1.00 | | | | INC |
| | | | **Parts Total:** | INC **Labor Total:** | INC | **Job Total:** | INC | INC |

5   FP116844   304352   1494EE   Service Warranty   INC   INC   INC

GUEST STATES BACK DOOR SHADE INOP ADVISE
CAUSE: Internal failure,,,,,, tried reprogramming shade to control and did not work,,,,,, checked voltage at shade and was 13.01,,,,,, need autho to order and replace shade,,,,,, .5 ding,,,,, 1.0 to repair,,,,, 1.5 total labor
CORRECTION: CLAIM# 5126315 @1.00 AUTHO# RM70585
REMOVED OLD SHADE AND WIRED IN, PROGRAMMED AND SET LIMITS ON NEW SHADE,,, SHADE IS WORKING AS DESIGNED, LIMITS SET APPROPIATLEY,,,,,, JOB COMPLETE 1.0 TOTAL LABOR

**PART RETURN: 5/25/2017 LW**
**DESCRIPTION: AMS SHADE**

| 704191-01NC | | SHADE 21.13X17.5 POWER SAMBA | | 1.00 | | | | INC |
| 203650NC | | COVER REMOTE FILL NCV3 | | 1.00 | | | | INC |
| | | | **Parts Total:** | INC **Labor Total:** | INC | **Job Total:** | | INC |

6   FP116844   304352   1494EE   Service Retail   $29.00   $0.00   $29.00

GUEST STATES P/S MIDDLE WINDOW SHADE INOP..ADVISE
CORRECTION: Ran shade multiple times,,,,, did not stop nor did I have to reprogram,,,,, .shade working as designed..during qc shade working as designed..

| | | | **Parts Total:** | **Labor Total:** | $29.00 | **Job Total:** | | $29.00 |

7   FP116844   304352   Service Retail   $29.00   $0.00   $29.00

GUEST STATES MICROWAVE UNIT IS INOP ADVISE
CORRECTION: Checked voltage at outlet to make sure microwave had power, voltage read 117.8,,,,,, Put cup of water in microwave for 30 seconds and water was hot when finished,,, microwave working as designed,,,,,,check during qc and system working as designed.....

| | | | **Parts Total:** | **Labor Total:** | $29.00 | **Job Total:** | | $29.00 |

8   FP116844   304352   Service Retail   $0.00   $0.00   $0.00

GUEST STATES DRAWERS BELOW THE KITCHEN.DIFFICULT TO OPEN..BINDING...SEE STICKERS
CORRECTION: Opened and closed drawers multiple times and could not find problem ,,,, they use 10lb catch latch and is best to use those to prevent drawers from flying open when objects are inside drawers

| | | | **Parts Total:** | **Labor Total:** | $0.00 | **Job Total:** | | $0.00 |

9   FP116844   304352   Service Retail   $0.00   $0.00   $0.00

EST ON BODY WORK..SCRATCH SEE STICKER....PASSENGER SLIDER DOOR
CORRECTION: no work performed at this time..

| | | | **Parts Total:** | **Labor Total:** | $0.00 | **Job Total:** | | $0.00 |

10   FP116844   304352   Service Retail   $0.00   $0.00   $0.00

GUEST REQUEST EST ON WASH AND WAX..
CORRECTION: 40.00 wash

| SUBLET | wash | | | 1.00 $40.00 | $0.00 | $40.00 | $0.00 | $40.00 |
| | | | **Parts Total:** | $40.00 **Labor Total:** | $0.00 | **Job Total:** | | $40.00 |

11   FP116844   304352   1494EE   Service Warranty   INC   INC   INC

GUEST STATES SOAP DISPENSER IS LEAKING ADVISE
CORRECTION: tighten dispenser//customer goodwill..n/c

| | | | **Parts Total:** | **Labor Total:** | INC | **Job Total:** | | $0.00 |

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN: I UNDERSTAND THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE, IF MY FINAL BILL WILL EXCEED $50.00.___ I REQUEST A WRITTEN ESTIMATE.___ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DOES NOT EXCEED $_____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.___ I DO NOT REQUEST A WRITTEN ESTIMATE.

| | |
|---|---|
| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $40.00 |
| Labor Total: | $58.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $2.90 |
| Sub Total: | $100.90 |
| - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $100.90 |
| Sales Tax: | $6.05 |
| Total: | $106.95 |
| - Deductible: | $0.00 |
| - Deposits: | $106.95 |
| Amount Due: | $0.00 |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

CUSTOMER COPY

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.
Signed:_____

I hereby authorize the repair work to be done along with necessary materials. You and your employees may operate above vehicle for purposes of looking, inspection or delivery at my risk. An express mechanic's lien is acknowledged on above vehicle to secure the amount of repairs hereto. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control.
Signed:_____

North Trail RV Center
4601 Lexington Ave.
Fort Myers  FL  USA  33905
(239) 693-8200

Cashout Date:        6/26/2017 2:59:00 PM
Date Printed:        6/26/2017 2:59:17 PM
Doc #:               30663
PO Number:
Salesperson:         1329EE
Cash Drawer:         Mark
Customer #:          2058590
Customer:            RICHARD TIEDEMANN


Deposit Amount:              $106.95

    VISA CARD                $106.95


Amount Tendered:             $106.95
Change Returned:               $0.00


NO RETURNS ON ELECTRICAL
ITEMS.  NO RETURNS WITHOUT
SALES RECEIPT.  RESTOCKING
CHARGE OF 20% ON NON-STOCK
ITEMS!

UNN-L-003116-18  09/11/2018 2:14:28 PM  Pg 8 of 12 Trans ID: LCV20181568504
Case 2:18-cv-14935-JLL-JAD  Document 1-2  Filed 10/12/18  Page 57 of 62 PageID: 62



Mercedes-Benz

*Ray Catena of Union LLC*
95 Progress Street
**UNION, NJ 07083**
(908) 379-7201
www.raycatena.com

| CUSTOMER NO. | | | | | | |
|---|---|---|---|---|---|---|
| 179316 | | DANIEL VENTURA | 296 | 0865 | 04/13/18 | ZNCS811813 |
| | | 138.00 | | | 9,582 JET BLACK/T | |
| RICHARD TIEDEMANN | | 15/MERCEDES-BENZ VAN/SPRINTER CARGO/ | | | 07/08/15 | |
| 1100 RAHWAY RD | | W D 3 P F 4 C D 9 F P 1 1 6 8 4 4 | | | XXXXX | 02/05/15 |
| SCOTCH PLAINS, NJ 07076-3412 | | | | | 04/13/18 | |
| rtmd1314@gmail.com | | | | | | |
| 908-625-8036 | | E# 64289641680069 | | | | MO: 9583 |

CELL: 908-625-8036

LABOR & PARTS

J# 1 98MBZ-WAITER   CLIENT IS WAITING          TECH(S):0446          INTERNAL
     CLIENT IS WAITING FOR REPAIRS
     THANK YOU FOR ALLOWING ME TO SERVICE YOUR VEHICLE.
     IF YOU HAVE ANY CONCERNS OR QUESTIONS PLEASE CONTACT ME AT
     908 379-7201.

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
                                        JOB #  1 TOTAL PARTS        0.00

                              JOB #  1 TOTAL LABOR & PARTS          0.00

J# 2 6BMBZ-INTERIOR- MISC INTERIOR REPAIR      TECH(S):0446          WARRANTY
     CLIENT STATES THE SLIDING DOOR WONT LOCK CK AND ADVISE
     TECH CONFIRMED CONCERN PERFORMED GUIDED TEST FOUND INTERNAL
     SHORT IN DOOR LOCK ACTUATOR.
     REPLACED SLIDING DOOR LOCK ACTUATOR. PERFORMED A FUCTION
     TEST ALL OK.

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
JOB # 2     1     906-730-21-00     DOOR LOCK                       WARRANTY
                                        JOB #  2 TOTAL PARTS        0.00

                              JOB #  2 TOTAL LABOR & PARTS          0.00

J# 3 00MBZ0000    CHECKFLUIDS/TIRES            TECH(S):0446          INTERNAL
     CHECK ALL FLUID LEVELS AND TIRE PSI
     TECH INSPECTED ALL FLUID LEVELS AND TIRES
     TOPPED OFF ALL FLUIDS AND CHECKED TIRE PRESURE

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
                                        JOB #  3 TOTAL PARTS        0.00

                              JOB #  3 TOTAL LABOR & PARTS          0.00

COMMENTS
908-625-8036

TOTALS

```
**********************
* METHOD OF PAYMENT               TOTAL LABOR....    0.00
* [ ] CASH  [ ] CHECK *           TOTAL PARTS....    0.00
* [ ] A/X   [ ] VISA              TOTAL SUBLET...    0.00
* [ ] MASTER                      TOTAL G.O.G....    0.00
* [ ] RCMC CHARGE                 TOTAL MISC CHG.    0.00
**********************            TOTAL MISC DISC    0.00
              THANK YOU           TOTAL TAX......    0.00
              ***********
                                  TOTAL INVOICE $    0.00
```

CUSTOMER SIGNATURE

PAGE 1 OF 1          CUSTOMER COPY          | END OF INVOICE |  10:47am

# AIRSTREAM
*adventure. freedom by.*

**Claim Number 5132124**

| | Appointment Date | Repair Comp Date | Vehicle Arrived | WSO Date/Prep | Claim Number |
|---|---|---|---|---|---|
| Claim Status | Posted | Repair Comp Date 2017-08-11 | 2017-08-11 | Vehicle Arrived 2017-07-31 | 2017-08-10 | **5132124** |
| Serial Number | 1B9GUWH25GJ304352 | Credit Date | Dealer WO# | Vehicle Picked up 2017-08-24 | Mileage 8,799 | Purchase Date 2015-07-08 |
| | Chassis | Model BGUWHG-NCV | Year 2016 | Unit:304352 | |

## DEALER

| | | | | | |
|---|---|---|---|---|---|
| Number | J999 | | | | |
| Name | J999-SERVICE DEPARTMENT | Labor Rate: | Phone | | |
| Address | | | | | |
| City | JACKSON CENTER | State OH | Zip 45334 | | |

## CUSTOMER

| | | | | | |
|---|---|---|---|---|---|
| | Alternate Contact | | | | |
| Contact | Suzanne M. & Richeard N. Drake-Tiedem | | Alt. Phone | | |
| Customer Email | | | Phone | 9086252128 | |
| Address | 1100 Rahulay Rd | | | | |
| City | Scotch Plains | State NH | Zip 07076 | | |

**Job Number 1** GOODWILL (AIRSTREAM USE) / Airstream Use

| Operation Code | Initials | Requested Hrs | Req Amt | Failure Code | Auth | Allowed Hours | Repair Amt | Sublet |
|---|---|---|---|---|---|---|---|---|
| TCGDW6000018 | bc | 16.00 | | Goodwill JP706241 | Phone | 16.00 | | |

Denial Code
Denial Desc

**Cause:** CS rear sunscreen motor needs replaced

**Remedy:** replaced all shades per goodwill /replaced , adjusted and reprogram all and had to repair 4 out 6 window boxes

| ItemID | Parts Desc | Ret Tag | Qty | Unit Price | Total Parts | Adjusted Total |
|---|---|---|---|---|---|---|
| 704392-01 | SHADE-21.13 X 17.0 POWER SAMBA | | 2 | | | |
| 704392-02 | SHADE-41.75 X 23.5 POWER SAMBA | | 1 | | | |
| 704392-04 | SHADE-50.25 X 25.50 POWER SAMBA | | 1 | | | |
| 704392-08 | SHADE-53.88 X 20.50 POWER SAMBA | | 1 | | | |
| 704392-17 | REMOTE-16 CHANNEL (NEW STYLE) #EL-213P | | 1 | | | |

**Job Number 2** Door Switch / Replace

| Operation Code | Initials | Requested Hrs | Req Amt | Failure Code | Auth | Allowed Hours | Repair Amt | Sublet |
|---|---|---|---|---|---|---|---|---|
| TCCHS3677020 | bc | 0.60 | | COMPONENT F/ | JP708242 | 0.60 | | |

Denial Code
Denial Desc

**Cause:** Step repair needed

**Remedy:** step switch bad replaced

Claim Number 5132124

| ItemID | Parts Desc | | Ret Tag | Qty | Unit Price | Total Parts | Adjusted Total |
|---|---|---|---|---|---|---|---|
| 512849 | SWITCH-BAR MAGNET W/NC/NO CONTACTS | | | 1 | | | |

| Job Number 3 | Refrigerator Door Replaced | Operation Code | TCAPP2095020 | cr | Failure Code | BUCKLED | |
|---|---|---|---|---|---|---|---|
| Denial Code | | Initials | | | Auth | JP708243 | |
| Denial Desc | | Requested Hrs | 0.50 | Req Amt | Allowed Hours | 0.50 | Repair Amt | Sublet |
| Cause | | | | | | | |
| Denial Desc | | Remedy | | | | | |

Refrigerator door is buckling.

| ItemID | Parts Desc | | Ret Tag | Qty | Unit Price | Total Parts | Adjusted Total |
|---|---|---|---|---|---|---|---|
| | replaced door | | | | | | |

| Job Number 4 | Awning Bracket Adjust | Operation Code | TCEXT3509066 | bc | Failure Code | MISALIGNED | |
|---|---|---|---|---|---|---|---|
| Denial Code | | Initials | | | Auth | JP708244 | |
| Denial Desc | | Requested Hrs | 1.00 | Req Amt | Allowed Hours | 1.00 | Repair Amt | Sublet |
| Cause | | | | | | | |
| Denial Desc | | Remedy | | | | | |

| | adjusted awning | | | | | | |

Front end of Fiamma Awning latch gap needs repair. Colonial has tried 3x

| ItemID | Parts Desc | | Ret Tag | Qty | Unit Price | Total Parts | Adjusted Total |
|---|---|---|---|---|---|---|---|

| Job Number 5 | GOODWILL (AIRSTREAM USE) Airstream Use | Operation Code | TCGDW6000018 | bc | Failure Code | COMPONENT FA | |
|---|---|---|---|---|---|---|---|
| Denial Code | | Initials | | | Auth | JP708245 | |
| Denial Desc | | Requested Hrs | 3.25 | Req Amt | Allowed Hours | 3.25 | Repair Amt | Sublet |
| Cause | | | | | | | |
| Denial Desc | | Remedy | | | | | |

Rear parking sensors need replaced/rewired.

several sensors into the bumper cover sensors and harness are a Mercedes part. / found bad sensor and replaced bad sensor

| ItemID | Parts Desc | | Ret Tag | Qty | Unit Price | Total Parts | Adjusted Total |
|---|---|---|---|---|---|---|---|
| 112014-01w | SENSOR- #A2215420417 WHITE | | | 1 | | | |

| Job Number 6 | GOODWILL (AIRSTREAM USE) Airstream Use | Operation Code | TCGDW6000018 | Failure Code | SCRATCHED | | |
|---|---|---|---|---|---|---|---|
| | | Initials | bc | Auth | JP708246 | | |
| Denial Code | | | | | | | |
| Denial Desc | | Requested Hrs | Req Amt | Allowed Hours | Repair Amt | Sublet | |
| | | 2.50 | | 2.50 | | | |
| Cause | | | | | | | |
| CS sliding door has a dent/scratches | | | | | | | |
| | | Remedy | | | | | |
| | | buffed out what scratches we could , / replace 1 panel | | | | | |

| ItemID | Parts Desc | Ret Tag | Qty | Unit Price | Total Parts | Adjusted Total |
|---|---|---|---|---|---|---|
| NPN | dent removal | | 1 | | | |
| 203824-18b | PNL-PASSENGER SLIDER DR BLACK | | 1 | | | |
| 203824-27 | TRIM-PASS SLIDE DR CHROME NCV3 | | 1 | | | |

| Job Number 7 | GOODWILL (AIRSTREAM USE) Airstream Use | Operation Code | TCGDW6000018 | Failure Code | Goodwill | | |
|---|---|---|---|---|---|---|---|
| | | Initials | jg | Auth | JP708247 | | |
| Denial Code | | | | | | | |
| Denial Desc | | Requested Hrs | Req Amt | Allowed Hours | Repair Amt | Sublet | |
| | | 0.50 | | 0.50 | | | |
| Cause | | | | | | | |
| | | Remedy | | | | | |
| Wheels need refinished-Damaged at Northtrai RV | | replace front rims / per goodwill | | | | | |

| ItemID | Parts Desc | Ret Tag | Qty | Unit Price | Total Parts | Adjusted Total |
|---|---|---|---|---|---|---|
| 411004-01 | WHEEL 16 X 5.5 JG FRT POL OUTSIDE | | 2 | | | |

| Job Number 8 | Refrigerator Poor Air Flow ( Moved ) Poor Air Flow | Operation Code | TCAPP2133066 | Failure Code | SERVICE BULLE | | |
|---|---|---|---|---|---|---|---|
| | | Initials | cr | Auth | JP708248 | | |
| Denial Code | | | | | | | |
| Denial Desc | | Requested Hrs | Req Amt | Allowed Hours | Repair Amt | Sublet | |
| | | 3.00 | | 3.00 | | | |
| Cause | | | | | | | |
| | | Remedy | | | | | |
| refer bulletin | | repair per bulletin | | | | | |

| ItemID | Parts Desc | Ret Tag | Qty | Unit Price | Total Parts | Adjusted Total |
|---|---|---|---|---|---|---|
| 112292-028 | PNL-REFER 16.38X8.81 ASIAN SAND | | 1 | | | |
| 382297 | VENT-4"X8" BLK PLASTIC | | 2 | | | |
| 382298 | GRILLE-12"X6" BLK STEEL | | 1 | | | |

Claim Number  5132124

Claim Number 5132124

| Job Number 9 | Bulletin #164 - Interstate Extended & Interstate Grand<br>Tour Battery Disconnect Relay | Operation Code | TCSBR8350079 | Failure Code | SERVICE BULLE |
|---|---|---|---|---|---|

| Denial Code | | Initials | cr | Auth | JP708249 |
|---|---|---|---|---|---|
| Service Bulletin | | | | | |

| Denial Desc | | Requested Hrs | Req Amt | Allowed Hours | Repair Amt | Sublet |
|---|---|---|---|---|---|---|
| | | 1.50 | | 1.50 | | |

| Cause | | Remedy | | | |
|---|---|---|---|---|---|

| solenoid recall | | replaced solenoid | | | |
|---|---|---|---|---|---|

| ItemID | Parts Desc | | Ret Tag | Qty | Unit Price | Total Parts | Adjusted Total |
|---|---|---|---|---|---|---|---|
| 512604 | DISC-MAIN 275A W/REMOTE OP | | | 1 | | | |

| Comments: | | WBCCI | | | | |
|---|---|---|---|---|---|---|
| Check all systems-Randy McNeeley/B.Herring When finished with repairs. | | | | Requested | Denied | Net |
| | Tag Number | | Parts | | | |
| | | | Labor | | | |
| | Prepared By | | Mark Up Allowance | | | |
| | | | Sublet | | | |
| | Brad Herring | | Freight | | | |
| | | | Claim Total | | | |

**TERMS AND CONDITIONS**
I hereby authorize you to perform this service at your regular price and terms. You may expense my auto, trailer, or motor home to test, inspect or deliver same at my risk. I agree that you assume no liability for loss or damage to my trailer, auto, or motor home or the contents of either from any cause not the direct fault of your company.

I acknowledge that the services listed above have been completed, and to the extent they may be covered under warranty, I authorize AIRSTREAM INC. to make payments to the servicing dealer

**AUTHORIZED BY**

Page 4 of 4

# Civil Case Information Statement

## Case Details: UNION | Civil Part Docket# L-003116-18

**Case Caption:** DRAKE SUZANNE  VS COLONIAL RV

**Case Initiation Date:** 09/11/2018

**Attorney Name:** TIMOTHY JOHN ABEEL JR

**Firm Name:** TIMOTHY ABEEL & ASSOCIATES, PC

**Address:** 309 FELLOWSHIP RD EAST GATE CENTER STE 200

MT LAUREL NJ 08054

**Phone:**

**Name of Party:** PLAINTIFF : DRAKE, SUZANNE

**Name of Defendant's Primary Insurance Company**
(if known): None

**Case Type:** LEMON LAW

**Document Type:** Complaint

**Jury Demand:** NONE

**Hurricane Sandy related?** NO

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO

**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO

**If yes, for what language:**

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

| 09/11/2018 | /s/ TIMOTHY JOHN ABEEL JR |
|---|---|
| Dated | Signed |