IN THE UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

---

SUZANNE DRAKE

                       DOCKET NO.: 2:18-CV-14935

v.

THOR INDUSTRIES, INC., COLONIAL
RV AND MERCEDES-BENZ USA, LLC

## STIPULATION OF DISMISSAL

TO THE CLERK

    Kindly dismiss the action as to defendant, Mercedes-Benz USA, LLC only.

By: *Timothy J. Abeel, Jr.*

**TIMOTHY J. ABEEL, JR., ESQ,**

**Attorney for Plaintiff**

SO ORDERED: _____

DATED: 10/23/18